| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br>ENERGY BRANDS INC. d/b/a GLACÉAU,   :<br>                                          :<br>           Plaintiff,        :<br>                                          :<br>     v.                      :<br>                                          :<br>SPIRITUAL BRANDS, INC. and ELICKO  :<br>TAIEB,                                     :<br>                                          :<br>          Defendants.  :<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | ELECTRONICALLY FILED<br><br><br>07 Civ. 10644 (LTS)<br><br>**STATEMENT PURSUANT TO**<br>**RULE 7.1** |

This statement is submitted pursuant to Rule 7.1 of the Federal Rules of Civil Procedure in order to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal. The undersigned counsel of record certifies that plaintiff Energy Brands Inc. d/b/a Glacéau is a wholly-owned subsidiary of The Coca-Cola Company, a publicly-held corporation.

Dated: November 28, 2007
       New York, New York

                              DEBEVOISE & PLIMPTON LLP

                              By: /s/ S. Zev Parnass
                                  David H. Bernstein (DB 9564)
                                  S. Zev Parnass (SP 3284)
                            919 Third Avenue
                            New York, New York 10022
                            (212) 909-6696 (telephone)
                            (212) 521-7696 (facsimile)

                            *Attorneys for Plaintiff Energy Brands Inc.*
                            *d/b/a Glacéau*