AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN                           District of                    NEW YORK

ENERGY BRANDS INC. d/b/a GLACÉAU

**SUMMONS IN A CIVIL ACTION**

V.

SPIRITUAL BRANDS, INC. and ELICKO TAIEB

CASE NUMBER: 07 CV 10644

TO: (Name and address of Defendant)

> Elicko Taieb
> 13191 NW 11th Court
> Sunrise, Florida 33323

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> S. Zev Parnass, Esq.
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    NOV 28 2007

CLERK                                                 DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ENERGY BRANDS INC. d/b/a GLACÉAU,  :
:
               Plaintiff,  :
:    07 Civ. 10644
     v.  :
:    **RETURN OF SERVICE**
:
SPIRITUAL BRANDS, INC. and ELICKO  :
TAIEB,  :
:
              Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    I, Nestor R. Mendez, certify that I am not a party to the action, am over eighteen (18) years of age, and I reside in Florida.

    That on December 3, 2007 at 8:20 p.m., I personally served copies of the Summons in a Civil Action, the Complaint and Demand for Jury Trial, Statement Pursuant to Rule 7.1, Civil Cover Sheet, ECF Rules & Guidelines and the Judge's Rules on defendant Elicko Taieb by delivering them to Mike "Doe", a co-resident and a person of suitable age and discretion at said defendant's dwelling place and usual place of abode located at 13191 NW 11th Court, Sunrise, Florida 33323.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

                                                                  Nestor R. Mendez
                                                                  4985 SW 164 Avenue
                                                                Miramar, Florida