David H. Bernstein                                    ELECTRONICALLY FILED
(dhbernstein@debevoise.com)
S. Zev Parnass
(szparnass@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6696 (telephone)
(212) 521-7696 (facsimile)

*Attorneys for Plaintiff Energy Brands Inc. d/b/a Glacéau*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ENERGY BRANDS INC. d/b/a GLACÉAU, | : | 07 Civ. 10644 (DC) |
| | : | |
| Plaintiff, | : | **DECLARATION OF S. ZEV** |
| | : | **PARNASS IN SUPPORT OF** |
| v. | : | **PLAINTIFF'S MEMORANDUM** |
| | : | **IN OPPOSITION TO** |
| SPIRITUAL BRANDS, INC. and ELICKO | : | **DEFENDANTS' MOTION TO** |
| TAIEB, | : | **DISMISS** |
| | : | |
| Defendants. | : | ECF Case |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, S. Zev Parnass, hereby declare as follows:

1.       I am a member of the Bar of this Court and am associated with the law

firm of Debevoise & Plimpton LLP, attorneys for Plaintiff Energy Brands Inc. d/b/a

Glacéau ("Glacéau") in the above-entitled action.  I am familiar with the facts and

circumstances in this action.

2.       I submit this declaration in support of Plaintiff's Memorandum in

Opposition to Defendants' Motion to Dismiss.

3.       Attached as Exhibit A are true and correct printouts from Defendants'

website, located at www.spiritualh2o.com, as it appeared on May 8, 2008, stating that

"Spiritual Water is sold in the United States, with worldwide growth projections and goals in the near future" and is "in the process of expanding worldwide and build[ing] a global spiritual brand."

4.      Attached as Exhibit B is a true and correct printout of "Testimonials" taken from Defendants' website, located at www.spiritualh2o.com, as it appeared on May 8, 2008.

5.      Attached as Exhibit C is a true and correct printout of "Corporate Events" taken from Defendants' website, located at www.spiritualh2o.com, as it appeared on May 15, 2008.

6.      Attached as Exhibit D are true and correct printouts from the "Tools" section of Defendants' website as it appeared on May 15, 2008.

7.      Attached as Exhibit E are the four document requests Glacéau served Defendants on April 9, 2008 pursuant to the Court's authorization.

8.      Attached as Exhibit F is the totality of the documents Defendants produced in response to the requests.  These documents consist of a spreadsheet listing certain sales of **spiritual**water to New York residents (*see also* Exhibit G to Defendants' Declaration of Scott Zarin, Esq.) and three pages (reproduced here in black and white and reduced to 8½ in. by 11 in. paper) of advertisements for **spiritual**water.

I hereby declare, under penalty of perjury, that the foregoing is true and correct. Executed in New York, New York on May 15, 2008.


                                   /s/ S. Zev Parnass
                                   S. Zev Parnass

# EXHIBIT A



**spiritualwater**
PRAY ● DRINK ● SHARE

● Live 8

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## COMPANY OVERVIEW

Spiritual Water is sold in the United States, and we are in the process of expanding worldwide and build a global spiritual brand.

Introduced in 2007, Spiritual Water got more attention and recognition, than a celebrity gets from the paparazzi.

Spiritual Water was born as purified bottled water with spirituality, positive thinking, prayers, and belief in God. You choose which bottle fits your needs and your feelings, read the prayer, drink the water, believe in God – Believe in yourself – and the sky's the limit…

**Click to watch Discovering Spiritual Water (english)**



**spiritualwater**

Home | Satisfaction Guarantee | Privacy | Terms of Use | The Spiritual Foundation | Testimonials | FAQ | Co

| products | opportunity | company | events | res |
|---|---|---|---|---|
| Overview | Overview | Overview | Corporate Events | Polic |
| Balance Water | Compensation Plan | Mission Statement | Conference Calls | Dow |
| Focus Water | Success Stories | Executive Team | | Educ |
| Defense Water | Rewards & Recognition | Foundation | | Vide |
| Control Water | Direct Selling Industry | Career | | |
| Energy Water | How Do I Get Started? | In the News | | |
| Formula J' Water | | | | |
| Essential Water | | | | |
| Power Water | | | | |
| Refresh Water | | | | |
| Strength Water | | | | |
| Freedom Water | | | | |

Copyright © 2008 spiritualH2O.com and Spiritual Water are division of Spiritual Brands, Inc. All rights reserve

Spiritual Water



**spiritualwater.**
PRAY ● DRINK ● SHARE

◆ Live Support | Espanol

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CONTACT US | LOGIN |

**PRODUCT FAQ**

## Answers to Your product Questions

▲ Spiritual Water
  Company
  Opportunity

▲
1. What is Spiritual Water?
2. Who is Spiritual Water?
3. Why does Spiritual Water use network marketing to distribute its product?
4. What charities does Spiritual Water support?
5. Is Spiritual Water prepared for expansive international growth?

**Answer**

Spiritual Water is sold in the United States, with worldwide growth projections and goals in the near future.

Home | Satisfaction Guarantee | Privacy | Terms of Use | The Spiritual Foundation | Testimonials | FAQ | Contact Us

| products | opportunity | company | events | resource |
|----------|-------------|---------|--------|----------|
| Overview | Overview | Overview | Corporate Events | Policies |
| Balance Water | Compensation Plan | Mission Statement | Conference Calls | Downloads |
| Focus Water | Success Stories | Executive Team | | Educations |
| Defense Water | Rewards & Recognition | Foundation | | Videos |
| Control Water | Direct Selling Industry | Career | | |
| Energy Water | How Do I Get Started? | In the News | | |
| Formula J' Water | | | | |
| Essential Water | | | | |
| Power Water | | | | |

5/8/2008

Spiritual Water

Refresh Water
Strength Water
Freedom Water

Copyright © 2008 spiritualH2O.com and Spiritual Water are division of Spiritual Brands, Inc. All rights reserved.

http://www.spiritualh2o.com/faq.php

# EXHIBIT B



**PRAY ● DRINK ● SHARE**

● Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## TESTIMONIALS



Spiritual Water is so good, don't just take our word for it, here is what Spiritual Water customers say!

I love spiritual water
Bob, NY

What a great idea!!!
Joe, CA

I will drink this water, every chance I have.
Jorge, FL

This water should be the only drink available in stores :)
Kevin, FL

Taste Like Water, Feel Like HEAVENNNNNNNNN
Mike, SC

ROSES ARE RED, VIOLETS ARE BLUE, SPIRITUAL WATER FOR ME AND FOR YOU!
MARIA, TX

Spiritual water, apply directly to your soul, Spiritual water, apply directly to your soul, Spiritual water, apply directly to your soul, Spiritual water, apply directly to your soul ---- Spiritual Water will help you clean your soul :-)
Unknown, NY

It's not just water, it's SPIRITUAL WATERRRRRRRR
Lisa, FL

I've been drinking bottled water for 3 years now, and when I got to get a bottle of spiritual water from a friend, I got attached... and now I can't stop thinking about it when I drink other kind of water... please give me more!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
Suzan, FL

What a simple idea, that make a big different in life
Jerry, MA

**– Email us your story here:**

Home | Satisfaction Guarantee | Privacy | Terms of Use | The Spiritual Foundation | Testimonials | FAQ | Co

| **products** | **opportunity** | **company** | **events** | **res** |
|---|---|---|---|---|
| Overview | Overview | Overview | Corporate Events | Polic |
| Balance Water | Compensation Plan | Mission Statement | Conference Calls | Dow |
| Focus Water | Success Stories | Executive Team | | Educ |
| Defense Water | Rewards & Recognition | Foundation | | Vide |
| Control Water | Direct Selling Industry | Career | | |
| Energy Water | How Do I Get Started? | In the News | | |
| Formula J' Water | | | | |
| Essential Water | | | | |
| Power Water | | | | |
| Refresh Water | | | | |
| Strength Water | | | | |
| Freedom Water | | | | |

Copyright © 2008 spiritualH2O.com and Spiritual Water are division of Spiritual Brands, Inc. All rights reserve

# EXHIBIT C

Spiritual Water

# spiritualwater.
### PRAY ● DRINK ● SHARE

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CONTACT US | LOGIN |

◆ Live Support | Espanol



## CORPORATE EVENTS

People from all over the world are overwhelmed with the Spiritual Water product, message, mission and opportunity. We would like to invite you to join us in our next event and let you discover the Spiritual Water impact!!!

### Regional Event
Miami, FL coming soon....
Los Angeles, CA coming soon....
New York, NY coming soon....
Dallas, TX coming soon....

Home | Satisfaction Guarantee | Privacy | Terms of Use | The Spiritual Foundation | Testimonials | FAQ | Contact Us

| **products** | **opportunity** | **company** | **events** | **resource** |
|---|---|---|---|---|
| Overview | Overview | Overview | Corporate Events | Policies |
| Balance Water | Compensation Plan | Mission Statement | Conference Calls | Downloads |
| Focus Water | Success Stories | Executive Team | | Educations |
| Defense Water | Rewards & Recognition | Foundation | | Videos |
| Control Water | Direct Selling Industry | Career | | |
| Energy Water | How Do I Get Started? | In the News | | |
| Formula J' Water | | | | |
| Essential Water | | | | |
| Power Water | | | | |
| Refresh Water | | | | |

http://www.spiritualh2o.com/events_corporate.php

Spiritual Water

Strength Water
Freedom Water

Copyright © 2008 spiritualH2O.com and Spiritual Water are division of Spiritual Brands, Inc. All rights reserved.

# **EXHIBIT D**

Need Help? Call Us at 800-736-9070

Login
Create Account
My Account

search

# spiritualwater

Home    Business Cards    Print Items

Products

# Spiritual Water Branded Business Cards!

Make your first impression last forever with your name on our custom spiritual water business cards...

## View Selection ▲

Search

## HOT ITEMS

Letterhead
BUY NOW

Letterhead
BUY NOW

## SHOPPING CART

0 items

Go To Cart

CHOOSE AN ITEM BELOW

**Business Cards**

**BUSINESS CARDS**

**Print Items**





**PRINT ITEMS**

5/15/2008

Print Shop :: Spiritual Water

Terms and Conditions | Privacy Policy | Return Policy | ©2008 spiritualwater. All rights reserved

http://www.spiritualwatertools.com/modules/shop/index.php?main_page=index

Need Help? Call Us at 800-736-9070

# spiritualwater™

Home     Business Cards     Print Items

SHOPPING CART

Login
Create Account
My Account

Search

search

Business Cards : Print Shop :: Spiritual Water

**Business Cards**

One Side Cards

Two Sides Cards

**Print Items**

Products » Business Cards



# BUSINESS CARDS

Business cards is the most important marketing tool you'll need to succeed

## CHOOSE AN ITEM BELOW

**One Side Cards**



**Two Sides Cards**



HOT ITEMS



Design #1
BUY NOW



Design #1
BUY NOW

SHOPPING CART

0 items

Go To Cart

Business Cards : Print Shop :: Spiritual Water

Terms and Conditions | Privacy Policy | Return Policy | ©2008 spiritualwater. All rights reserved

5/15/2008

Need Help? Call Us at 800-736-9070

SHOPPING CART

Login
Create Account
My Account

Search
search

# spiritualwater™

Home    Business Cards    Print Items

**Business Cards**

One Side Cards

Two Sides Cards

**Print Items**

Products » Business Cards » One Side Cards

One Side Cards: Featured Product



**Design #3**

Nothing says you mean business like high quality, professional looking business cards.

- High Quality Card Stock
- Glossy finish
- Delivered to your door in only 5 - 8 business days!

More Info...

ALSO IN THIS CATEGORY

**Design #1**




**Design #2**



**Design #3**

HOT ITEMS

    Design #1
BUY NOW

    Design #1
BUY NOW

One Side Cards : Print Shop :: Spiritual Water

Terms and Conditions | Privacy Policy | Return Policy | ©2008 spiritualwater. All rights reserved

Need Help? Call Us at 800-736-9070

# spiritualwater™ ⓦ

Home    Business Cards    Print Items

SHOPPING CART

Login
Create Account
My Account

|Search    search

Products » Business Cards » One Side Cards » Design #1

## Design #1 : Customize



**Full Name:**

**Title:** Independent Distributor ▾

**Phone 1:** t:

**Phone 2:** m:

**Phone 3:** f:

**Email:**

**Website:**

**Address Line 1:**

**City, State Zip:**

**Print Quantity:**
- ⃝ 250($34.00)
- ⦿ 500($58.00)
- ⃝ 1000($96.00)

Product Information

Nothing says you mean business like high quality, professional looking business cards.

- High Quality Cards Stock

http://www.spiritualwatertools.com/modules/shop/index.php?main_page=product_print_info&products_id=3895

Design #1 : Print Shop :: Spiritual Water

- Glossy Finish
- Delivered to your door in only 5 - 8 business days!

Terms and Conditions | Privacy Policy | Return Policy | ©2008 spiritualwater. All rights reserved

Need Help? Call Us at 800-736-9070

# spiritualwater

Home    Business Cards    Print Items

**Business Cards**
One Side Cards

Two Sides Cards

**Print Items**

SHOPPING CART

Login
Create Account
My Account

|Search|    search

Products » Business Cards » One Side Cards » Design #1

## Proof Your Order



☐ I have proofed my data and checked for spelling errors. I understand that once this order is placed, it cannot be canceled. *SEE RETURN POLICY.*

BACK

NEXT

Print Shop :: Spiritual Water

Terms and Conditions | Privacy Policy | Return Policy | ©2008 spiritualwater. All rights reserved

Need Help? Call Us at 800-736-9070

# spiritualwater ™

Home    Business Cards    Print Items

Products » Cart Contents

## The Shopping Cart Contains:

Total Items: 1  Weight: 1lbs  Amount: $58.00

Login
Create Account
My Account

search

🛒 SHOPPING
    CART

Search

| Remove | Product(s) | | Qty. | Total |
|--------|-----------|---|------|-------|
| ☐ | | **Design #1**<br>Title: Independent Distributor<br>Phone 1: t:<br>Phone 2: m:<br>Phone 3: f:<br>Print Quantity: 500 | 1 | $58.00 |

CONTINUE SHOPPING

Sub-Total: **$58.00**

CHECKOUT

Terms and Conditions | Privacy Policy | Return Policy | ©2008 spiritualwater. All rights reserved

Need Help? Call Us at 800-736-9070

# spiritualwater™

Home    Business Cards    Print Items

SHOPPING CART

Login
Create Account
My Account

Search

search

Products » Print Items » Letterhead » Letterhead

## Letterhead: Customize

**Full Name:**

**Address, Phone, Email, etc...:**

**Print Quantity:**

| | |
|---|---|
| ⟲ ($102.00) | 250 |
| ⦿ ($120.00) | 500 |
| ⟲ ($138.00) | 1000 |

Product Information

Please allow an additional 5-8 business days for printing and shipping on this item.

Letterhead [0] : Print Shop :: Spiritual Water

**spiritual**water

Need Help? Call Us at 800-736-9070

# spiritualwater™

Home    Business Cards    Print Items

**Business Cards**
**Print Items**
Address Labels

Envelope

Letterhead

Notepads

Products » Print Items » Letterhead » Letterhead

## Proof Your Order

SHOPPING
CART

Login
Create Account
My Account

Search

search

5/15/2008

**spiritual**water

I have proofed my data and checked for spelling errors. I understand that once this order is placed, it cannot be canceled. SEE RETURN POLICY.

BACK

Print Shop :: Spiritual Water

Terms and Conditions | Privacy Policy | Return Policy | ©2008 spiritualwater. All rights reserved

# spiritualwater™

Home    Business Cards    Print Items

Products » Cart Contents

## The Shopping Cart Contains:

Total Items: 1  Weight: 3lbs  Amount: $120.00

Need Help? Call Us at 800-736-9070

🛒 SHOPPING CART

Login
Create Account
My Account

Search _____ search

| Remove | Product(s) | | Qty. | Total |
|--------|-----------|--|------|-------|
| ☐ | | **Letterhead** Print Quantity: 500 | 1 | $120.00 |

Sub-Total: **$120.00**

CONTINUE SHOPPING    CHECKOUT

Terms and Conditions | Privacy Policy | Return Policy | ©2008 spiritualwater. All rights reserved

# EXHIBIT E

David H. Bernstein
(dhbernstein@debevoise.com)
S. Zev Parnass
(szparnass@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6696 (telephone)
(212) 521-7696 (facsimile)

*Attorneys for Plaintiff Energy Brands Inc. d/b/a Glacéau*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ENERGY BRANDS INC. d/b/a GLACÉAU, | : | 07 Civ. 10644 (LTS) |
| Plaintiff, | : | |
| | : | **PLAINTIFF'S FIRST REQUEST** |
| v. | : | **FOR PRODUCTION OF** |
| | : | **DOCUMENTS AND THINGS** |
| SPIRITUAL BRANDS, INC. and ELICKO | : | |
| TAIEB, | : | **ECF Case** |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Energy Brands Inc. d/b/a Glacéau ("Glacéau"), by and through its undersigned

attorneys, Debevoise & Plimpton LLP, hereby requests that defendants Spiritual Brands,

Inc. and its principal Elicko Taieb (collectively, "Defendants") produce for inspection

and copying, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the

definitions and instructions prescribed herein, the documents and things described below

by delivering such documents and things or copies thereof to the offices of Debevoise &

Plimpton LLP, 919 Third Avenue, New York, New York 10022, attention: S. Zev

Parnass, Esq., on or before April 30, 2008.

## DEFINITIONS AND INSTRUCTIONS

1.      The uniform definitions and rules of construction set forth in Rule 26.3 of the Civil Rules of the Southern District of New York are incorporated herein by reference.

2.      Computer files should be provided in electronic form on compact discs in the first instance rather than printouts on paper.

3.      The term "Defendants" refers to Spiritual Brands, Inc. and its principal Elicko Taieb, as well as any employees, agents, representatives, or any other person(s) acting on their behalf, including attorneys, and any parent companies, subsidiaries, affiliates and predecessors.

4.      The term "document" shall mean, without limitation, the original and any copy of any typed, printed, recorded, microfilmed, microfiched, photographed or other matter reproduced by any mechanical or electronic process, or any matter written or produced by hand, including, but not limited to:  agreements, communications, correspondence, invoices, telegrams, telexes, memoranda, bulletins, agenda, books, summaries, records of personal or telephone conversations or interviews, diaries, calendars, graphs, accounts, royalty reports, budgets, records, instructions, trade confirmations, account statements, minutes of meetings or conferences, reports or summaries of interviews or investigations, contracts, notes, drafts, working papers, ledgers, check authorization requests, checks (front and back), check stubs, receipts,

computer diskettes or computer printouts, electronic mail, video tapes, audio tapes, brochures, advertisements, press releases or articles.

5.    In producing documents pursuant to these requests, Defendants are required to furnish all documents in their possession, custody or control that are known or available to them, regardless of whether those documents are possessed by Defendants or by any of their agents, attorneys, investigators, representatives, financial advisors, consultants or employees. Defendants must make a diligent search of their records (including, but not limited to, paper records, computerized records and electronic mail records) and of other papers and materials in their possession or available to them or their attorneys, financial advisors, consultants, investigators, and other agents or representatives.

6.    Each request for production of documents herein shall be deemed continuing so as to require prompt supplemental responses in accordance with Rule 26(e) of the Federal Rules of Civil Procedure if further documents called for herein are obtained or discovered between the time of responding to this request and the time of trial.

7.    If any documents or parts of documents called for by this demand are withheld under a claim of privilege or work product, a list shall be furnished setting forth as to each document the following information: (a) the nature of the document, e.g., letter, memorandum, telegram, etc.; (b) the name, address, occupation, title, and business

affiliation of each person who prepared, received, viewed, and has or has had possession, custody, or control of the document; (c) the date of the document; (d) a description of the subject matter of the document; (e) a statement of the basis upon which the privilege or work product claim is made; and (f) the paragraph(s) of this request that call for production of the document.

8.     Responsive documents shall be produced as they have been kept in the ordinary course of business or shall be organized and labeled to correspond with the enumerated requests in this demand.  If with respect to any category there are no responsive documents, so state in writing.

9.     Documents attached to each other, including, but not limited to, by staple, clip, tape or "Post-It" note, should not be separated.

10.     If any documents or parts of documents called for by this demand have been destroyed, discarded, or otherwise disposed of, a list shall be furnished setting forth as to each document the following information: (a) the nature of the document, e.g., letter, memorandum, telegram, etc.; (b) the name, address, occupation, title, and business affiliation of each person who prepared, received, viewed, and has or has had possession, custody, or control of the document; (c) the date of the document; (d) a description of the subject matter of the document; (e) the date of destruction or other disposition; (f) a statement of the reasons for destruction or other disposition; (g) the name, address, occupation, title, and business affiliation of each person who authorized destruction or

other disposition; (h) the name, address, occupation, title, and business affiliation of each person who destroyed or disposed of the document; and (i) the paragraph(s) of this request that call for the production of the document.

## REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

1.      All documents concerning any sale, attempted sale or offering of sale of **spiritual**water in New York or to New York consumers, whether through the Internet, phone, mail, face-to-face, or other channel, means or medium.

2.      All documents concerning any advertising, marketing, or promotion of, or other publicity concerning, **spiritual**water in New York or to New York consumers, or accessible to residents of New York, whether through the Internet, print media, direct marketing, trade show marketing, or any other channel, means or medium.

3.      All documents concerning any communications with individuals or companies located in or resident of New York in connection with the creation and design of **spiritual**water, including but not limited to in connection with the selection, clearance and adoption of the **spiritual**water trademark and trade dress, the selection, clearance and adoption of the spiritualh2o.com domain name, and the design and distribution of advertising materials and Internet websites related to **spiritual**water.

4.      All documents concerning the website located at http://www.spiritualh2o.com/ or any other website owned or operated by Defendants that sold, offered for sale, or advertised **spiritual**water (the "Websites"), including all

iterations of the Websites, all changes made to the Websites, and all documents

concerning consideration of possible changes to the Websites.

Dated: April 9, 2008
   New York, New York

       DEBEVOISE & PLIMPTON LLP

     By: _____
       David H. Bernstein
       (dhbernstein@debevoise.com)
       S. Zev Parnass
       (szparnass@debevoise.com)
     919 Third Avenue
     New York, New York 10022
     (212) 909-6696 (telephone)
     (212) 521-7696 (facsimile)

     *Attorneys for Plaintiff Energy Brands Inc.*
     *d/b/a Glacéau*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on April 9, 2008, I caused a copy of the foregoing

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND

THINGS to be served by hand delivery upon:

      Scott Zarin, Esq.
      Zarin & Associates, P.C.
      45 West 21 Street, 4th Floor
      New York, New York 10010

Executed this 9th day of April, 2008 in New York, New York.

                                                          S. Zev Parnass

# EXHIBIT F

| Item | Price | QTY | | Name | Address |
|---|---|---|---|---|---|
| FORMULA J' & BALANCE WATER | $ 1.69 | 3 | $ 5.07 | Amanda Matias | 3 Ashland Avenue |
| FORMULA J' WATER | $ 1.69 | 1 | $ 1.69 | Beth Kelly | 1005 York St |
| FORMULA J' WATER | $ 1.69 | 10 | $ 16.90 | Allison Weisel | 676 E. Maine Rd |
| SPIRITUAL WATER 6-Mix Pack | $ 9.99 | 2 | $ 19.98 | Patricia Reese | 354 Olive Street |
| SPIRITUAL WATER 6-Mix Pack | $ 9.99 | 1 | $ 9.99 | Elizabeth Tucker | 118 Rosebud Ave. |
| SPIRITUAL WATER 6-Mix Pack | $ 9.99 | 1 | $ 9.99 | Sherin Varghese | 75 E. Market St |
| SPIRITUAL WATER 6-Mix Pack | $ 9.99 | 1 | $ 9.99 | ANDREA DESANTIS | 29 CORLEY STREET |
| SPIRITUAL WATER 6-Mix Pack | $ 9.99 | 1 | $ 9.99 | Sarah Conner | 251 County Rd 9 |
| SPIRITUAL WATER 6-Mix Pack | $ 9.99 | 1 | $ 9.99 | Brenda Momente | 105 Sullivan St |
| SPIRITUAL WATER 6-Mix Pack | $ 9.99 | 1 | $ 9.99 | Rebecca Au | 786 Thomas Fox Dr W |
| SPIRITUAL WATER 6-Mix Pack | $ 9.99 | 1 | $ 9.99 | Elizabeth Anderson | 127 Berkeley pl. |
| SPIRITUAL WATER 6-Mix Pack | $ 9.99 | 2 | $ 19.98 | Marissa Festante | 82 Sycamore Ave. |
| SPIRITUAL WATER 6-Mix Pack | $ 9.99 | 2 | $ 19.98 | liz minutoli | 187 groton place |
| STRENGTH & FORMULA J' WATER | $ 2.50 | 2 | $ 5.00 | Linda Duff | 105 Hunter LN |
| | | | $ 158.53 | | |

CONFIDENTIAL

| | | | ship to | | | |
|---|---|---|---|---|---|---|
| Elmira Heights | 14903 | New York | | | | |
| Honeoye Falls | 14472 | New York | | | | |
| Johnson City | 13790 | New York | | | | |
| Painted Post | 14870 | New York | | | | |
| Merrick | 11566 | New York | | | | |
| Red Hook | 12571 | New York | | | | |
| YONKERS | 10701 | New York | | | | |
| Chenango Forks | 13746 | New York | 868 Beacon St Apt 10 | | Boston | 2215 Massachusetts |
| Manhattan | 10012 | New York | | | | |
| North Tonawanda | 14120 | New York | | | | |
| Brookyln | 11217 | New York | | | | |
| Bethpage | 11714 | New York | | | | |
| west hempstead | 11552 | New York | | | | |
| East Syracuse | 13057 | New York | | | | |

CONFIDENTIAL

## SPIRITUAL WATER IN THE NEWS

**Newsweek** boasts, Bless This Bottled Water: Forget Evian or Vitaminwater. The latest beverage trend: 'Holy Water.'

**The London Times** headlines: "Bottled water aims to raise the spirits."

**The New York Times** boasts, "Purification That Comes in a Bottle: Water Takes on New Responsibilities."

**New York Post** wrote, 'HOLY' WATER ALL WET.

**Reuters** depict, Spiritual Water to make a splash in the competitive bottled water market.

**Sun-Sentinel** position Spiritual Water as the new product that drew much attention.

**Drinks Business Review** exclaims, "pure water reaches new spiritual heights."

**Entrepreneur** exclaims: "Bottled Water--With a Purpose."

**Changing the world´s spirit one bottle at the time!**



Spiritual Water was born as bottled water with spiritually, positive thinking, prayers, God, and beliefs. You choose which bottle fits your needs and your feelings, read the prayer, drink the water, believe in God - and in yourself - and the sky´s the limit.

All products feature beautifully rendered artistic labels that depict full-color images of holy person or symbols, with prayers in English and Spanish and/or inspirational words and messages.



Do You Believe?



Pray Drink Share

spiritualwater

www.spiritualH2O.com
1-800-736-9070

1-800-736-9070   spiritualwater   spiritualH2O.com

### Strength Spiritual Water

The Serenity Prayer
Lord, grant me the serenity to accept the things I cannot change, the courage to change the things that I can And the wisdom to know the difference.
Amen.
(PROVERBS 3:6)

### Power Spiritual Water

Apostles Creed
I believe in God, the Father almighty, creator of heaven, and earth and in Jesus Christ, His only Son, our Lord, who was conceived by the Holy Spirit, born of the Virgin Mary, suffered under Pontius Pilate, was crucified, died, and was buried. He descended into hell.
On the third day He rose again from the dead. He ascended into heaven and is seated at the right hand of God, the Father almighty. He will come again in glory to judge the living and the dead. I believe in the Holy Spirit, the Holy Catholic Church, the communion of saints, the forgiveness of sins, the resurrection of the body, and the life everlasting.
Amen.
(CATHOLIC CHURCH)

### Refresh Spiritual Water

Final Prayer
Let us pray, O God, whose only begotten Son, by His life, death, and resurrection, has purchased for us the rewards of eternal life, grant, we beseech Thee, that meditating upon these mysteries of the Most Holy Rosary of the Blessed Virgin Mary, we may imitate what they contain and obtain what they promise, through the same Christ Our Lord.
Amen.
(JOHN 15:4-27)

### Control Spiritual Water

Saint Michael
St. Michael the archangel, defend us in battle. Be our protection against the wickedness and snares of the Devil. May God rebuke him, we humbly pray, and do thou, O Prince of the heavenly host, by the power of God, thrust into hell Satan, and all the evil spirits, who prowl about the world seeking the ruin of souls.
Amen.
(REVELATION 12:7)

### Defense Spiritual Water

Glory Be
Glory be to the Father, and to the Son, and to the Holy Spirit. As it was in the beginning, is now, and ever shall be, world without end.
Amen.
(ROMANS 11:33-36)

### Balance Spiritual Water

The Lord's Prayer
Our Father, Who art in heaven, Hallowed be Thy Name. Thy Kingdom come. Thy will be done, on earth as it is in Heaven. Give us this day our daily bread. And forgive us our trespasses, as we forgive those who trespass against us. And lead us not into temptation, but deliver us from evil.
Amen.
(LUKE 11:2, MATTHEW 6:9-13)

### Focus Spiritual Water

Hail Mary
Hail Mary, full of grace. The Lord is with Thee. Blessed art thou amongst women, and blessed is the fruit of thy womb, Jesus.
Holy Mary, Mother of God, Pray for us sinners, now and at the hour of our death.
Amen.
(LUKE 1:26-38)

### Energy Spiritual Water

The Lord is My Shepherd
The Lord is my shepherd; I shall not want. He maketh me to lie down in green pastures. He leadeth me beside the still waters. He restoreth my soul. He leadeth me in the paths of righteousness for his name's sake. Yea, though I walk through the valley of the shadow of death, I will fear no evil: for thou art with me, thy rod and thy staff they comfort me. Thou preparest a table before me in the presence of mine enemies, thou anointest my head with oil, my cup runneth over. Surely goodness and mercy shall follow me all the days of my life, and I will dwell in the house of the Lord for ever.
Amen.
(Psalm 23:1)

### Freedom Spiritual Water

Make Me an Instrument of Your Peace
Lord, make me an instrument of your peace. Where there is hatred, let me sow love. Where there is injury, pardon. Where there is doubt, faith. Where there is despair, hope. Where there is darkness, light. Where there is sadness, joy. O Divine Master, grant that I may not so much seek to be consoled as to console; not so much to be understood as to understand; not so much to be loved, as to love; for it is in giving that we receive, it is in pardoning that we are pardoned, it is in dying that we awake to eternal life.
Amen.
(St. Francis of Assisi)

### Formula J Spiritual Water

Oh My Jesus
Oh my Jesus, forgive us of our sins. Save us from the fires of hell.
Lead all souls into heaven, especially those in most need of thy mercy.
Amen.
(FATIMA PRAYER)

### Essential Spiritual Water

Guardian Angel
Angel of God, my guardian dear, To whom God's love commits me here, Ever this day be at my side, To light and guard, To rule and guide.
Amen.
(REVELATION 22)



10¢ of every bottle sold, goes towards the Spiritual Foundation