David H. Bernstein                          ELECTRONICALLY FILED
(dhbernstein@debevoise.com)
S. Zev Parnass
(szparnass@debevoise.com)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6696 (telephone)
(212) 521-7696 (facsimile)

*Attorneys for Plaintiff Energy Brands Inc. d/b/a Glacéau*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ENERGY BRANDS INC. d/b/a GLACÉAU, | : | 07 Civ. 10644 (DC) |
| | : | |
| Plaintiff, | : | **DECLARATION OF JOSEPH** |
| | : | **AGLIONE IN SUPPORT OF** |
| v. | : | **PLAINTIFF'S MEMORANDUM** |
| | : | **IN OPPOSITION TO** |
| SPIRITUAL BRANDS, INC. and ELICKO | : | **DEFENDANTS' MOTION TO** |
| TAIEB, | : | **DISMISS** |
| | : | |
| Defendants. | : | ECF Case |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    I, Joseph Aglione, hereby declare as follows:

    1.    I am a private investigator licensed by the State of New York.  The name

of my firm is The Stonegate Agency, Inc., which is located in New York City.  I have

over 42 years of experience in investigative work.

    2.    I submit this declaration in support of Plaintiff's Memorandum in

Opposition to Defendants' Motion to Dismiss.

    3.    On or about November 13, 2007, I was asked by counsel for Glacéau to

make a purchase of Defendants' **spiritual**water product, which I proceeded to do through

Defendants' website, located at www.spiritualh2o.com.

4.      Attached as Exhibit A are true and correct printouts of various pages from Defendants' website that appeared on my computer screen on November 13, 2007 during the process of initiating and completing my purchase of Defendants' **spiritual**water product via their website (with credit card information redacted), as well as a receipt that I received from Defendants confirming my purchase.  As the documents reflect, I made the purchase in my wife's name, Joan Aglione.

5.      Attached as Exhibit B is various email correspondence between me and Defendants regarding my purchase of Defendants' **spiritual**water product via their website.

6.      I have reviewed Exhibit G attached to Defendants' Declaration of Scott Zarin, Esq., which purports to disclose all sales made by Defendants to individuals located in New York.  Exhibit G ***does not*** include the sale that was made to "Joan Aglione" even though the product was shipped to my wife and me in New York.

I hereby declare, under penalty of perjury, that the foregoing is true and correct. Executed in New York, New York on May _13_, 2008.

Joseph Aglione

# EXHIBIT A



# SpiritualH2O.com presents:

now in your cart **2 items**

Enter keyword        search

Advance Search

£  Contact Us
£  Create a FREE Account
£  Log Off

| MAIN PAGE ‹ | NEW PRODUCTS ‹ | MY ACCOUNT ‹ | SHOPPING CART ‹ | ABOUT US ‹ |

**CATEGORIES**

Ꙩ Spiritual Water

**INFORMATION**

▸ Shipping, Warranty & Returns
▸ Privacy Notice
▸ Conditions of Use
▸ About Us
▸ Contact Us

## New Products



**SPIRITUAL WATER 6-Mix Pack**
Price: $9.99





**FOCUS WATER 24-Pack**
Price: $38.00





**DEFENSE WATER 24-Pack**
Price: $38.00



**FORMULA J' WATER 24-Pack**
Price: $38.00



SpiritiulH2O





**BALANCE WATER 24-Pack**
Price: $38.00





**FOCUS WATER 6-Pack**
Price: $9.99





**FORMULA J' WATER 6-Pack**
Price: $9.99





**DEFENSE WATER 6-Pack**
Price: $9.99



**BALANCE WATER 6-Pack**
Price: $9.99







SpiritiulH2O





**DEFENSE WATER**
Price: $1.79



Displaying **1** to **10** (of **13** new products)

Result Pages:  **1**  2  [Next >>]

© spiritualH2O.com and Spiritual Water are division of Spiritual Brands, Inc.
affiliate with ForUsByUs, Inc. All rights reserved.
Spiritual Water Patent Pending #60/947385







11/13/2007



# SpiritualH2O.com presents:

now in your cart **0 Items**

Enter keyword    | search |

Advance Search

✉ Contact Us
✉ Create a FREE Account
✉ Log In

| MAIN PAGE | NEW PRODUCTS | MY ACCOUNT | SHOPPING CART | ABOUT US |

**CATEGORIES**

☐ Spiritual Water

**INFORMATION**

▸ Shipping, Warranty & Returns

▸ Privacy Notice

▸ Conditions of Use

▸ About Us

▸ Contact Us

## Shipping & Returns

In order to maintain product safety and to protect our valuable customers, please be advised that bottled water is a consumable product and therefore, we do NOT honor returns.

Please select your product carefully. We will only replace or refund your order if the product is defective, damaged/destroyed during shipping, or if you receive the incorrect product due to our error. Please note that we must be notified within 48 hours of the package(s) being signed for (in person or by release) to honor any refund/replacement requests.

While we will make every effort to get your product to you as quickly as possible, we will not be responsible for shipping delays due to weather or acts of God.

Any approved refunds will be credited to your method of payment within 7 days of receiving your return. Please allow two billing cycles for your refund to appear on your statement.

Apparel/Accessory returns: We must be notified within 48 hours of the package(s) being signed for (in person or by release) to honor any refund/replacement requests. Customer pays all fees for return shipping.

We will only assume the shipping cost if you receive the incorrect product due to our error, the product is defective, or the product was damaged/destroyed in transit.



Main Page | My Account | Shopping Cart | Checkout | Privacy Notice | Contact Us

© spiritualh2O.com and Spiritual Water are division of Spiritual Brands, Inc.
affiliate with ForUsByUs, Inc. All rights reserved.
Spiritual Water Patent Pending #60/947385











## SpiritualH2O.com presents:

now in your cart **2 items**

Enter keyword [search]

Advance Search

- Contact Us
- Create a FREE Account
- Log Off

| MAIN PAGE | NEW PRODUCTS | MY ACCOUNT | SHOPPING CART | ABOUT US |

### CATEGORIES

⬚ Spiritual Water

### INFORMATION

- Shipping, Warranty & Returns
- Privacy Notice
- Conditions of Use
- About Us
- Contact Us

## Payment Information

**Billing Address**

Please choose from your address book where you would like the invoice to be sent to.

🔘 **Change Address**

**Billing Address:**  n/a
Joan Aglione
27 Whitehall St #8
New York, NY 10004
United States

**Payment Method**

Please select the preferred payment method to use on this order.

Please Select

**Linkpoint Connect**

Credit Card Name:  [Joan Aglione]

Credit Card Number:                    **REDACTED**

Card Verification Value:       (last 3 or 4 digits on back of credit card)

Not present or unreadable: ☐

Credit Card Expiry Date:  [▾]  [▾]

**PayPal**

**Add Comments About Your Order**

**Continue Checkout Procedure**
to confirm this order.

▶ **Continue**

Delivery Information    **Payment Information**    Confirmation    Finished!

Main Page | My Account | Shopping Cart | Checkout | Privacy Notice | Contact Us



SpiritiulH2O

© spiritualh2o.com and Spiritual Water are division of Spiritual Brands, Inc.
affiliate with ForUsByUs, Inc. All rights reserved.
Spiritual Water Patent Pending #60/947385









## SpiritualH2O.com presents:

now in your cart **2 items**

Enter keyword          search

Advance Search

- Contact Us
- Create a FREE Account
- Log Off

| MAIN PAGE | NEW PRODUCTS | MY ACCOUNT | SHOPPING CART | ABOUT US |

**CATEGORIES**

- Spiritual Water

**INFORMATION**

- Shipping, Warranty & Returns
- Privacy Notice
- Conditions of Use
- About Us
- Contact Us

## Order Confirmation: This order will show on your credit card statement as ForUsByUs

**Delivery Address** (Edit)

n/a
Joan Aglione
27 Whitehall St #8
New York, NY 10004
United States

**Shipping Method** (Edit)

Table Rate (Best Way)

**Products** (Edit)

2 x BALANCE WATER 6-Pack                                   $19.98

**Billing Information by our partner FOR US BY US - you will recieve a confirmation email**

**Billing Address** (Edit)

n/a
Joan Aglione
27 Whitehall St #8
New York, NY 10004
United States

**Payment Method** (Edit)

Linkpoint Connect

| | |
|---|---|
| Sub-Total: | $19.98 |
| Table Rate (Best Way): | $9.95 |
| **Total:** | **$29.93** |

**Payment Information by our partner FOR US BY US**

Linkpoint Connect: American Express

Credit Card Name:          Joan Aglione

Credit Card Number:

Credit Card Expiry Date:     **REDACTED**

Card Verification Value:

✔ **Confirm Order**

Delivery Information       Payment Information       Confirmation       Finished!

Main Page | My Account | Shopping Cart | Checkout | Privacy Notice | Contact Us

SpiritiulH2O

© spiritualh2o.com and Spiritual Water are division of Spiritual Brands, Inc.
affiliate with ForUsByUs, Inc. All rights reserved.
Spiritual Water Patent Pending #60/947385







11/13/2007



Subj:    **Receipt from FORUSBYUS, INC**
Date:    11/13/2007 10:24:05 A.M. Eastern Standard Time
From:   gateway@linkpt.net
To:

# REDACTED

Company: FORUSBYUS, INC
Reference Number: 172.30.184.48-1163997ECC8-AA0877-142BB92


Subtotal: $29.93
Tax: $0.00
Shipping: $0.00
Total: $29.93

FORUSBYUS, INC



Tuesday, November 13, 2007 America Online:

# EXHIBIT B

Subj:    **Welcome to Spiritualwater**
Date:    11/13/2007 10:17:08 A.M. Eastern Standard Time
From:    support@spiritualh2o.com
To:

# REDACTED

Dear Joan

We welcome you to Spiritualwater.

You can now take part in the various services we have to offer you. Some of these services include:

Permanent Cart - Any products added to your online cart remain there until you remove them, or check them out.
Address Book - We can now deliver your products to another address other than yours! This is perfect to send birthday gifts direct to the birthday-person themselves.
Order History - View your history of purchases that you have made with us.
Products Reviews - Share your opinions on products with our other customers.

For help with any of our online services, please email the store-owner: support@spiritualh2o.com.

Note: This email address was given to us by one of our customers. If you did not signup to be a member, please send an email to support@spiritualh2o.com.

SpiritiulH2O                                                                    Page 1 of 1

# SpiritualH2O.com presents:

now in your cart **2 items**

Enter keyword       search

Advance Search

£ Contact Us
£ Create a FREE Account
£ Log Off

MAIN PAGE  •  NEW PRODUCTS  •  MY ACCOUNT  •  SHOPPING CART  •  ABOUT US  •

## CATEGORIES

◻ Spiritual Water

## INFORMATION

‣ Shipping, Warranty & Returns

‣ Privacy Notice

‣ Conditions of Use

‣ About Us

‣ Contact Us

## Contact Us

⚠ Your E-Mail Address does not appear to be valid - please make any necessary corrections.

Full Name:

**REDACTED**

E-Mail Address:

Inquiry:

I tried sending an Email to you concerning an order placed on November 13th. A message said
my Email address appears to be incorrect. Hence, another message.

I ordered two-six packs of Spiritual Water on 11-13 [Total $29.93]. I received confirmation from
gateway@linkpt.net, reference number 1730.30.184.48-1163997ECC8-AA-877-142BB92.

I logged on to my account and was told I have not placed any orders.

What is going on?
When can I expect the product?

Joan Aglione

 Continue

Main Page | My Account | Shopping Cart | Checkout | Privacy Notice | Contact Us

© spiritualH2O.com and Spiritual Water a division of Spiritual Brands, Inc.
affiliate with ForUsByUs, Inc. All rights reserved.
Spiritual Water Patent Pending #60/947385


POINT TO VERIFY ™


PayPal
VERIFIED

 VISA  

Subj:     **Re: Welcome to Spiritualwater**
Date:     11/16/2007 11:13:47 A.M. Eastern Standard Time
From:
To:       support@spiritualh2o.com          **REDACTED**

Elicko:

Here is what Joan received from gateway@linkpt.net on 11-13-07 at 10:24 a.m.  It is followed by your welcoming Email to Joan.  Please call me at                    when you figure out what happened.  She is driving me crazy.

Thanks,          **REDACTED**

Joe

Company: FORUSBYUS, INC
Reference Number: 172.30.184.48-1163997ECC8-AA0877-142BB92

Subtotal: $29.93
Tax: $0.00
Shipping: $0.00
Total: $29.93

FORUSBYUS, INC

In a message dated 11/13/2007 10:17:08 A.M. Eastern Standard Time, support@spiritualh2o.com writes:

> Dear Joan
>
> We welcome you to Spiritualwater.
>
> You can now take part in the various services we have to offer you. Some of these services include:
>
> Permanent Cart - Any products added to your online cart remain there until you remove them, or check them out.
> Address Book - We can now deliver your products to another address other than yours! This is perfect to send birthday gifts direct to the birthday-person themselves.
> Order History - View your history of purchases that you have made with us.
> Products Reviews - Share your opinions on products with our other customers.
>
> For help with any of our online services, please email the store-owner: support@spiritualh2o.com.
>
> Note: This email address was given to us by one of our customers. If you did not signup to be a member, please send an email to support@spiritualh2o.com.

See what's new at AOL.com and Make AOL Your Homepage.

Friday, November 16, 2007 America Online:          **REDACTED**

Subj:   **RE: Welcome to Spiritualwater**
Date:   11/16/2007 11:57:41 A.M. Eastern Standard Time
From:   support@spiritualh2o.com
To:

Joe,          **REDACTED**

Your order is processing and will go out today via UPS.

We apologies for any inconvenience!


Thanks,

The Spiritual Water Support Team

Spiritual Brands, Inc.
4301 South Flamingo Road
#103-204
Davie, FL 33330 USA

Toll Free: +1 800 736 9070
Fax: +1 954 208 0696
Email: support@SpiritualH2O.com
**www.spiritualH2o.com**

**Spiritual**Water - Do You Believe?

          **REDACTED**
**From:**
**Sent:** Friday, November 16, 2007 11:14 AM
**To:** support@spiritualh2o.com
**Subject:** Re: Welcome to Spiritualwater

Elicko:

Here is what Joan received from gateway@linkpt.net on 11-13-07 at 10:24 a.m.  It is followed by your welcoming Email to Joan.
Please call me at          when you figure out what happened.  She is driving me crazy.

Thanks,         **REDACTED**

Joe

Company: FORUSBYUS, INC
Reference Number: 172.30.184.48-1163997ECC8-AA0877-142BB92


Subtotal: $29.93
Tax: $0.00
Shipping: $0.00
Total: $29.93

FORUSBYUS, INC