UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ENERGY BRANDS, INC. d/b/a

                Plaintiff,                  Case No. 07-10644 (DC)

v.

                                               **Defendants' Notice of**

SPIRITUAL BRANDS, INC. and            **Motion to Dismiss**
ELICKO TAIEB,

                Defendants.

------------------------------------------------------------x

      PLEASE TAKE NOTICE that Defendants Spiritual Brands, Inc. ("Spiritual Brands") and Elicko Taieb ("Taieb"), through their attorneys Zarin & Associates P.C., hereby move to dismiss Plaintiff Energy Brands, Inc. ("Energy Brands") Complaint, pursuant to Fed. R. Civ. P. 12(b)(2), for lack of personal jurisdiction.

Date: May 2, 2008                            Zarin & Associates P.C.

                                                    _/s/ Scott Zarin_
                                                    Scott Zarin (SZ-7134)
                                                    1775 Broadway, Suite 2300
                                                    New York, NY 10019
                                                    Tel. (212) 580-3131
                                                    Fax. (212) 580-4393
                                                    scottzarin@copyrightrademarkcounsel.com

                                                    Attorneys for Defendants
                                                    Spiritual Brands, Inc. and
                                                    Elicko Taieb