UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                :

ENERGY BRANDS, INC. d/b/a          :

                        :

                Plaintiff,       :     Case No. 07-10644 (DC)

                        :

        v.                  :     **Defendants' Memorandum**

                        :     **of Law In Support of**

SPIRITUAL BRANDS, INC. and    :     **Motion to Dismiss**

ELICKO TAIEB,                :

                        :

                Defendants.  :

                        :
-------------------------------------------------------------x

      COMES NOW Defendants Spiritual Brands, Inc. ("Spiritual Brands") and

Elicko Taieb ("Taieb"), through their attorneys Zarin & Associates P.C., with this

memorandum of law in support of their motion to dismiss, pursuant to Fed. R. Civ.

P. 12(b)(2), requesting dismissal of Plaintiff Energy Brands, Inc. ("Energy Brands")

Complaint.


## I.    Statement of Facts

      In 2006, Elicko Taieb ("Taieb"), a Florida businessman, had an epiphany.  He

realized that there was a market for a bottled water drink with a religious theme. (Exh.

A, ¶3).  Consequently, Taieb decided to create such a product and start a company

whose purpose was to sell this product. (Exh. A, ¶5).

      He spent several months developing his bottled water drink and fashioning its

brand. (Exh. A, ¶4).  In doing so, Taieb decided that the mission of the brand would

be to "help people think positive, lift up their spirit, give them a chance to believe in

themselves and let them know that God is with them." (Exh. B).  In keeping with this mission, Taieb decided to call the brand 'Spiritual Water'. (Exh. A, ¶3).   And in keeping with the brand's religious theme, Taieb created eleven (11) different "beautifully rendered artistic labels that depict full-color images of holy person or symbols, with prayers in English and Spanish and/or inspirational words and messages," and "each [of which has] its own uniquely paired message and image." (Exh. C; Exh. D; Exh. A, ¶4)

After working countless hours to develop the brand, in September 2007 Taieb introduced his products to the food and beverage industry at a trade show in Miami. (Exh. A, ¶6).  The products received much buzz at the show, and several national publications, including Newsweek and the New York Times, ran stories about them. (Exh. E; Exh. A, ¶6).

In October 2007, Taieb launched a web-site, www.spiritualh2o.com, to provide information about the products and the company which sold them, which he named Spiritual Brands, Inc. and incorporated in Florida. (Exh. F; Exh. A, ¶¶5, 7). Before launching this web-site, Taieb had decided to employ a conventional business model to sell his products, selling them to distributors and retailers. (Exh. A, ¶5). From October 2007 through December 2007, therefore, distributors, retailers and consumers were able to purchase Spiritual Brands' products on-line.  During this short time period, the majority of on-line sales were to distributors, retailers and consumers in Florida.  And only fourteen (14) of those sales, for sales totaling $158.53, were by individuals in New York. (Exh. A, ¶10; Exh. G).

After the food and beverage trade show in 2007, Taieb reconsidered his business model, and decided to employ a 'direct selling' business model. (Exh. A, ¶8). Under this model, Spiritual Brands would recruit representatives, who would then sell its products 'directly' to consumers. (Exh. A, ¶8). As Spiritual Brands explains, "[p]eople in the direct selling industry are often known as independent consultants, distributors or representatives," and "direct selling (some of us know it as Network Marketing) is a way to sell products or services directly to customers, away from a retail location." (Exh. H).

To reflect its new 'direct selling' business model, in January 2008, Spiritual Brands completely revamped its web-site. (Exh. A, ¶9). Unlike the previous version of its site, this reconstituted web-site does not allow retailers or distributors to purchase Spiritual Water on-line. Rather, it simply provides prospective representatives with information about Spiritual Brands' products and the benefits of becoming a Spiritual Brands representative, and invites these prospective representatives to contact Spiritual Brands for more information. (Exh. A, ¶9; Exh. I).

Apparently becoming aware of Spiritual Water through the national media attention it received in the fall of 2007, in October 2007, Energy Brands, Inc., a company which produces and sells a bottled water drink known as 'Smart Water', wrote Spiritual Brands a cease and desist letter, claiming that the shape of Spiritual Water's bottle and Spiritual Water's logo, which is composed of the words 'Spiritual Water' positioned vertically on its bottle and with the word 'Spiritual' in bold, violates the trade dress of its 'Smart Water' products.

3

Shortly thereafter, Plaintiff Energy Brands filed the instant action in this Court against Defendants Taeib and Spiritual Brands, Inc, asserting claims for trade dress infringement and dilution. (Exh. J). Defendants have not filed an Answer, but instead hereby move to dismiss, pursuant to Fed. R. Civ. P. 12(b)(2), on the ground that the Court has no personal jurisdiction over Defendants Taieb and Spiritual Brands, Inc.

## II.    Argument

Pursuant to Fed. R. Civ. P. 12(b)(2),

[a] court must dismiss an action against a defendant over whom it has no personal jurisdiction. Plaintiffs bear the ultimate burden of establishing, by a preponderance of the evidence, that the court has jurisdiction over each defendant. At the pretrial stage, a plaintiff ordinarily carries this burden by pleading in good faith legally sufficient allegations of jurisdiction. However where, as here, the parties have conducted several months of jurisdictional discovery, plaintiffs bear the burden of proving that personal jurisdiction exists by a preponderance of the evidence. All pleadings and affidavits must be construed in the light most favorable to the plaintiff, and where doubts exist, they must be resolved in the plaintiff's favor.

*Nelson v. Massachusetts General Hospital*, 2007 U.S. Dist. LEXIS 70455 at *40 (September 20, 2007 S.D.N.Y.) (citations omitted); see also *Pearson Education, Inc. v. Yi Shi*, 525 F. Supp.2d 551, 554-55 (S.D.N.Y. 2007).

### A.    The Court Lacks Specific Personal Jurisdiction Over Defendants Pursuant to C.P.L.R. §302(a)

Plaintiff has alleged that this Court maintains personal jurisdiction over Spiritual Brands pursuant to N.Y. C.P.L.R. §301, the general jurisdiction provision of New York's long-arm statute, and C.P.L.R. §302(a), the specific jurisdiction provision

of New York's long-arm statute. (Exh. J, ¶11).   Neither of these statutes, however, provide this Court with personal jurisdiction over Defendants.

Plaintiff does not specify which of the three subsections of section 302(a) it believes enable the Court to exercise personal jurisdiction over Defendants. Regardless, none of those subsections confers the Court with such personal jurisdiction.

### 1.    Section 302(a)(1) Does Not Confer This Court With Personal Jurisdiction Over Defendants

Under section 302(a)(1), a court has personal jurisdiction over a non-domiciliary defendant if: (1) the plaintiff's "cause of action arises from [the] acts which are the basis of jurisdiction"; and (2) the defendant "transacts any business within the state or contracts anywhere to supply goods or services in the state." C.P.L.R. §302(a)(1).  Plaintiff has alleged that Defendants have sold products over the internet whose logo and bottle infringes that of their products' trade dress. (Exh. J, ¶11).

Arguably, Plaintiff's trade dress claim arises out of the acts committed by Defendants which form the purported basis of jurisdiction; that is, Defendants' sale of the allegedly infringing products.  Indisputably, however, Defendants do not transact business within New York or contract with anybody to supply their products in New York.

Plaintiff alleges that Defendants sell their products in New York through their web-site, www.spiritualh2o.com. (Exh. J, ¶11).

> In order to determine the existence of personal jurisdiction in internet
> cases, courts inquire as to whether the defendant maintains an interactive
> website which permits the exchange of information between users in another
> state and the defendant, which depending on the level and nature of the
> exchange may be a basis for jurisdiction.  The courts have recognized the
> existence of passive websites which make information available, as well as
> active websites which allow consumers to exchange information and actually
> do business through the internet.

*ISI Brands, Inc. v. KCC International, Inc.*, 458 F. Supp.2d 81, 86 (E.D.N.Y. 2006)

(citations omitted); see also *Lenahan Law Offices, LLC v. Hibbs*, 2004 U.S. Dist. LEXIS

30528 at *5-8 (December 22, 2004 W.D.N.Y.).  "Internet websites that are not of a

commercial nature and do not permit the purchase of products on-line are not

sufficient to confer personal jurisdiction pursuant to *section 302(a)(1)*." *ISI Brands*, 458

F. Supp.2d at 86.  Indeed, "[w]ebsites that are of a commercial nature and permit

consumers to place orders and e-mail questions, can confer personal jurisdiction

pursuant to *section 302(a)(1)*." *Id.*  Importantly, however, "Courts are reluctant to find

personal jurisdiction unless the website specifically targets New Yorkers, or is aimed

at New York users." *Id.* at 87.  Moreover, in the cases involving commercial websites

in which courts have found sufficient activity to confer personal jurisdiction, the

defendant's solicitation activity was "not solely limited to the internet". *Id.* at 86.

In the case at bar, Defendants' website is of a commercial nature, but it does

not permit *consumers* to place orders with, or e-mail questions to, Defendants.  As

previously noted, Defendants employ a 'direct sales' business model. (Exh. A, ¶8).

Under this model, Defendants recruit representatives who personally sell Defendants'

products to consumers. (Exh. A, ¶8).  Defendants' website is the primary tool

through which they recruit representatives. (Exh. A, ¶9; Exh. H).

Importantly, Defendants do not sell their products through this website or even in retail stores. (Exh. A, ¶8). In order to purchase Defendants' products, *consumers* must contact one of Defendants' representatives. Indeed, Defendants' website invites individuals to e-mail questions to Defendants. It does not, however, invite *consumers* to contact Defendants. Rather, it invites prospective *representatives* who wish to sell Defendants' products to contact them. (Exh. A, ¶9). As Defendants' website does not invite *consumers* to purchase their products on-line or to interact with Defendants in any way, contrary to Plaintiff's assertion, this web-site does not confer the Court with personal jurisdiction over Defendants pursuant to section 302(a)(1).

Even if Defendants' website invited *consumers* to purchase and communicate with Defendants, however, that website nonetheless would not confer personal jurisdiction upon this Court because it does not specifically target or aim at New Yorkers. Precisely as in *ISI Brands*,

> the Plaintiff alleges only that the Defendant sells products nationally through an interactive website; the Plaintiff does not allege any other connections to New York. The Plaintiff does not claim that the Defendant purposefully solicits New York customers; makes mailings to New York residents; enters contracts in New York; or that its website is in any way targeted towards New York.

*ISI Brands*, 458 F. Supp.2d at 87. Other than the fact that people in New York can view Defendants' web-site, Defendants currently have no connections whatsoever to New York.

2.     **Section 302(a)(2) Does Not Confer This Court With Personal Jurisdiction Over Defendants**

Under C.P.L.R. §302(a)(2), a court can exercise personal jurisdiction over a non-domiciliary who "commits a tortious act *within* the state." Section 302(a)(2), however, "reaches only tortious acts performed by a defendant who was physically present in New York when he performed the wrongful act." *ISI Brands*, 458 F. Supp.2d at 89 (citing *Bensusan Restaurant Corp. v. King*, 126 F.3d 25, 28 (2d Cir. 1997); see also *Unique Industries, Inc. v. Sui & Sons International Trading Corp.*, 2007 U.S. Dist. LEXIS 83725 at *11-17 (November 9, 2007 S.D.N.Y.). Moreover, "[c]ourts have held that, when websites display infringing marks, the tort is committed where the website is created and/or maintained." *ISI Brands*, 458 F. Supp.2d at 89.

Defendants created and maintain their web-site in Florida, where Spiritual Brands is incorporated and located and where Defendant Taieb resides. (Exh. A, ¶¶2, 5, 7). As in *ISI Brands*, then,

> any tort arising from [Defendants'] use of the Plaintiff's mark on its website is committed in the state of Florida, not New York. To hold otherwise would create nationwide (indeed, worldwide) personal jurisdiction over anyone and everyone who establishes an Internet website.

*Id.* This Court, therefore, cannot exercise personal jurisdiction over Defendants pursuant to C.P.L.R. §302(a)(2).

3.     **Section 302(a)(3) Does Not Confer This Court With Personal Jurisdiction Over Defendants**

Under C.P.L.R. §302(a)(3), a court can exercise personal jurisdiction over a non-domiciliary who "commits a tortious act *without* the state causing injury to person or property within the state" if he:

(i)    regularly does or solicits business, or engages in any other persistent course of conduct, or derives substantial revenue from goods used or consumed or services rendered, in the state, or

(ii)    expects or should reasonably expect the act to have consequences in the state and derives substantial revenue from interstate or international commerce.

C.P.L.R. §302(a)(3). In the case at bar, neither of these two provisions is satisfied.

Defendants do not regularly solicit business or engage in any persistent course of conduct in New York. Nor have Defendants derived any significant revenue from the sale of their products in New York. (Exh. A, ¶¶10, 11).

Furthermore, Defendants do not expect and should not reasonably expect their website to have consequences in New York.

The test of whether a defendant expects or should reasonably expect his act to have consequences within the State is an objective rather than subjective one. New York courts have asserted that the simple likelihood or foreseeability that a defendant's product will find its way into New York does not satisfy this element, and that purposeful availment of the benefits of the laws of New York such that the defendant may reasonably anticipate being haled into New York court is required.

*Pitbull Productions, Inc. v. Universal Netmedia, Inc.*, 2008 U.S. Dist. LEXIS 30633 at *24 (April 4, 2008 S.D.N.Y.) (citations omitted).

As previously noted, Defendants do not sell their products, either to consumers or to their representatives, over their web-site. Rather, the website merely invites prospective representatives to contact them to discuss the possibility of becoming a representative. (Exh. A, ¶9). It is not reasonably foreseeable, therefore, for Defendants to "be subjected to New York jurisdiction." *Id.* Section 302(a)(3) therefore also does not confer this Court with personal jurisdiction over Defendants.

**B.**    **The Court Lacks General Personal Jurisdiction Over Defendants Pursuant to C.P.L.R. §301**

Pursuant to C.P.L.R. §301,

> New York subjects a foreign corporation to general jurisdiction if it is "doing business" in the state. Under this test, a foreign corporation is amenable to suit in New York if it is engaged in such a continuous and systematic course of doing business here as to warrant a finding of its presence in this jurisdiction.
> . . .
> Casual or occasional activity does not constitute doing business; rather, §301 requires a showing of continuous, permanent, and substantial activity in New York.

*Nelson*, 2007 U.S. Dist. LEXIS 70455 at *41-42 (citations omitted); *see also Unique*

*Industries*, 2007 U.S. Dist. LEXIS 83725 at *10-13 n. 4. Moreover,

> [i]t is well established that solicitation of business alone will not justify a finding that a foreign corporation is "doing business" in New York. However, if the solicitation is substantial and continuous, then personal jurisdiction may be found to exist as long as the defendant engages in other activities of substance in the state.

*Nelson*, 2007 U.S. Dist. LEXIS 70455 at *43 (citations omitted).

Plaintiff appears to allege that Defendants are "doing business" in New York,

because they are soliciting business through their web-site. First, not only do

Defendants fail to engage in "substantial and continuous" solicitation of business in

New York through their web-site, but, as previously explained, they do not solicit any

business whatsoever through that web-site. (Exh. A, ¶9). Rather, the function of

Defendants' web-site is simply to recruit representatives to sell Defendants' products

to consumers. (Exh. A, ¶9). Furthermore, even if Defendants' web-site were deemed

to effectuate a "substantial and continuous" solicitation of business in New York,

Defendants cannot be considered to be "doing business" in New York because they

do not engage in any other activities in New York. (Exh. A, ¶11).  Section 301,

therefore, does not confer this Court with personal jurisdiction over Defendants.

In *Nelson*, the court insightfully observed that

[t]his court is aware of no case where a finding of substantial solicitation under the general jurisdiction statute was predicated on the operation of an interactive website that has generated a small amount of activity and a *de minimus* amount of revenue in the forum state.  There is, however, considerable authority to the contrary.  Were it otherwise, every entity or individual that ran a highly interactive website from anywhere in the world could be sued for any reason in New York.

*Nelson*, 2007 U.S. Dist. LEXIS 70455 at *65 (citations omitted).

Contrary to Plaintiff's assertion in paragraph 11 of its Complaint, neither

C.P.L.R. §302(a) nor §301 confer upon this Court the authority to exercise personal

jurisdiction over Defendants.  Consequently, the Court lacks personal jurisdiction

over Defendants under Fed. R. Civ. P. 12(b)(2), and must dismiss this action.

## III.    Conclusion

For all the foregoing reasons, therefore, this Court should: (1) GRANT Defendants' Taeib and Spiritual Brands, Inc.'s motion to dismiss; and (2) DISMISS this action.

Date:   May 2, 2008                              Zarin & Associates P.C.

Scott Zarin (SZ-7134)
1775 Broadway, Suite 2300
New York, NY 10019
Tel. (212) 580-3131
Fax. (212) 580-4393
scottzarin@copyrightrademarkcounsel.com

Attorneys for Defendants
Spiritual Brands, Inc. and
Elicko Taeib

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
ENERGY BRANDS, INC. d/b/a                                   :
                                                            :
                         Plaintiff,                         :         Case No. 07-10644 (DC)
                                                            :
        v.                                                  :         **Declaration of**
                                                            :         **Scott Zarin, Esq.**
SPIRITUAL BRANDS, INC. and                                  :
ELICKO TAIEB,                                               :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------x


        I, Scott Zarin, Esq., hereby declare and aver:


        (1)    I am an attorney licensed to practice in New York, and I offer this

declaration in support of Defendants Elicko Taieb and Spiritual Brands, Inc.'s

motion to dismiss for lack of personal jurisdiction.

        (2)    Attached as Exhibit A is a true and correct copy of Defendant Elicko

Taieb's declaration in support of Defendants' motion to dismiss for lack of personal

jurisdiction.

        (3)    Attached as Exhibit B is a true and correct copy of the 'Mission

Statement' page of Defendant Spiritual Brands' web-site www.spiritualh2o.com.

        (4)    Attached as Exhibit C is a true and correct copy of the 'Product

Overview' page of Defendant Spiritual Brands' web-site www.spiritualh2o.com.

(5)     Attached as Exhibit D are true and correct copies of the 'Products' pages of Defendant Spiritual Brands' web-site www.spiritualh2o.com.

(6)     Attached as Exhibit E is a true and correct copy of the 'In The News' page of Defendant Spiritual Brands' web-site www.spiritualh2o.com.

(7)     Attached as Exhibit F is a true and correct copy of the 'Company Overview' page of Defendant Spiritual Brands' web-site www.spiritualh2o.com.

(8)     Attached as Exhibit G is a copy of a spreadsheet reflecting all purchases made by retailers, distributors and consumers in New York through Spiritual Brands' web-site www.spiritualh2o.com.

(9)     Attached as Exhibit H is a true and correct copy of the 'Direct Selling Industry' page of Defendant Spiritual Brands' web-site www.spiritualh2o.com.

(10)     Attached as Exhibit I are true and correct copies of the 'How Do I Get Started' and 'Compensation Plan' pages of Defendant Spiritual Brands' web-site www.spiritualh2o.com.

(11)     Attached as Exhibit J is a true and correct copy of the Complaint filed by Plaintiff Energy Brands, Inc. in this action.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 5/2/08

2

# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
ENERGY BRANDS, INC. d/b/a                  :
                                           :
                        Plaintiff,         :        Case No. 07-10644 (DC)
                                           :
        v.                                 :        **Declaration of Eli Taieb**
                                           :        **In Support of Defendants'**
SPIRITUAL BRANDS, INC. and                 :        **Motion to Dismiss**
ELICKO TAIEB,                              :
                                           :
                        Defendants.        :
                                           :
------------------------------------------------------------------x

I, Eli Taieb, hereby declare and aver:

(1)     I am a defendant in the above-captioned lawsuit, and I write this

declaration in support Defendants Taieb and Spiritual Brands, Inc.'s motion to

dismiss.

(2)     I am a resident of the state of Florida, and I reside at 13191 N.W. 11th

Court, Sunrise, Florida 33323.

(3)     Sometime in 2006, I recognized that there was a market for a bottled

water drink with a religious theme, and decided to create such a product. I spent

several months developing and branding this bottled water drink, which I decided to

call 'Spiritual Water'.

(4)     I created eleven (11) different labels for the bottles in which the water

is contained, each of which depicts an image of a different religious symbol and is

emblazoned with prayers and inspirational words and messages. Each of those labels also contains the name of the drink, 'Spiritual Water', positioned vertically along the bottle with the word 'Spiritual' in bold letters.

(5)    To sell 'Spiritual Water', in 2007 I started a company called Spiritual Brands, Inc., which I incorporated in Florida. Spiritual Brands has its principle place of business at 4500 North Hiatus Road, Suite 215, Sunrise, Florida 33323. When I started the company, I decided to sell Spiritual Water products to distributors, retailers and consumers.

(6)    In September 2007, I set up a booth at a food and beverage industry trade show in Miami, where I introduced 'Spiritual Water' to the food and beverage industry. 'Spiritual Water' received much attention at this trade show. Shortly thereafter, several national publications, including Newsweek and the New York Times, ran stories about 'Spiritual Water'.

(7)    In October 2007, I launched a web-site, www.spiritualh2o.com, to provide information about Spiritual Brands and its family of products, and through which distributors, retailer and consumers could purchase Spiritual Brands' products. That web-site was created in India, and is maintained in Florida.

(8)    After the food and beverage trade show in September 2007, I reconsidered the Spiritual Brands' business model, and decided to employ a 'direct selling' business model. Under this model, Spiritual Brands recruits representatives, who sell its products 'directly' to consumers. It does not, however, sell its products directly to retailers or consumers.

2

(9)    To reflect Spiritual Brands' new 'direct selling' business model, in January 2008, I completely revamped its web-site. Unlike the previous version of its site, this reconstituted web-site does not allow retailers, distributors or consumers to purchase 'Spiritual Water' on-line. Rather, it simply provides prospective representatives with information about Spiritual Brands' products and the benefits of becoming a Spiritual Brands representative, and invites these prospective representatives to contact Spiritual Brands for more information.

(10)    Before I revamped the web-site, the majority of Spiritual Brands' on-line sales were to distributors, retailers and consumers in Florida, and only fourteen (14), the total sales of which were $158.53, were to consumers in New York.

(11)    Since revamping the web-site in January 2008, no distributors, retailers or consumers have purchased 'Spiritual Water' through the website. Also since revamping the web-site, Spiritual Brands has not had any active representatives in New York who are engaged in the 'direct selling' of Spiritual Brands' products, and, to date, has not derived any revenue from sales in New York. In fact, Spiritual Brands has no connection to New York at all.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:

3

Exhibit B



**spiritual**water 🌐
PRAY • DRINK • SHARE

◆ Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## MISSION STATEMENT

*Changing the world's spirit one bottle at the time!*

The mission of Spiritual Water is to help people think positive, lift up their spirit, give them a chance to believe in themselves and let them know that God is with them!

Help in making the world a better place - when you think positive and your spirit is up, then everything you do throughout the day will work for you.

Every bottle makes a difference, because Spiritual Water will donate ten cents ($0.10) of every bottle sold to The Spiritual Foundation, a foundation for children in need.

# Changing world's sp one bottle at the tim



Home | Satisfaction Guarantee | Privacy | Terms of Use | The Spiritual Foundation | Testimonials | FAQ | Co

| **products** | **opportunity** | **company** | **events** | **res** |
|---|---|---|---|---|
| Overview | Overview | Overview | Corporate Events | Polic |
| Balance Water | Compensation Plan | Mission Statement | Conference Calls | Dow |
| Focus Water | Success Stories | Executive Team | | Educ |
| Defense Water | Rewards & Recognition | Foundation | | Vide |
| Control Water | Direct Selling Industry | Career | | |
| Energy Water | How Do I Get Started? | In the News | | |
| Formula J' Water | | | | |
| Essential Water | | | | |
| Power Water | | | | |
| Refresh Water | | | | |
| Strength Water | | | | |
| Freedom Water | | | | |

Copyright © 2008 spiritualH2O.com and Spiritual Water are division of Spiritual Brands, Inc. All rights reserve

# Exhibit C



PRAY ● DRINK ● SHARE

● Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## PRODUCT OVERVIEW

Spiritual Water was born as bottled water with spirituality, positive thinking, prayers, God, and beliefs. You choose which bottle fits your needs and your feelings, read the prayer, drink the water, believe in God – and in yourself – and the sky's the limit...

### Click to watch Discovering Spiritual Water (english)



spiritualwater ⊛

The delicious Spiritual Water can meet the demands of discerning and health-conscious consumers by offering purified water that also delivers purified thoughts and actions for a totally positive and wholesome lifestyle.

All products feature beautifully rendered artistic labels that depict full-color images of holy person or symbols, with prayers in English and Spanish and/or inspirational words and messages. The Spiritual Water comes in 11 different versions – each with its own uniquely paired message and image (freedom bottle have no image). Each time you drink you benefit from the soothing, appropriate prayers, for added uplifting inspiration.

Home | Satisfaction Guarantee | Privacy | Terms of Use | The Spiritual Foundation | Testimonials | FAQ | Co

| products | opportunity | company | events | res |
|----------|-------------|---------|--------|-----|
| Overview | Overview | Overview | Corporate Events | Polic |
| Balance Water | Compensation Plan | Mission Statement | Conference Calls | Dow |
| Focus Water | Success Stories | Executive Team | | Educ |
| Defense Water | Rewards & Recognition | Foundation | | Vide |
| Control Water | Direct Selling Industry | Career | | |
| Energy Water | How Do I Get Started? | In the News | | |
| Formula J' Water | | | | |
| Essential Water | | | | |
| Power Water | | | | |
| Refresh Water | | | | |
| Strength Water | | | | |
| Freedom Water | | | | |

Copyright © 2008 spiritualH2o.com and Spiritual Water are division of Spiritual Brands, Inc. All rights reserve

# Exhibit D



**spiritual**water. ⊛

PRAY • DRINK • SHARE

❖ Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## BALANCE WATER

## NOW IS THE PERFECT TIME TO MAKE A CHANGE!

Do you need to balance your day? Do you want to balance your life? Grab a cold Balance Spiritual Water bottle, read the prayer, believe in God, believe in yourself and the sky's the limit...



**BALANCE PURIFIED DRINKING WATER**
**crisp, fresh drinking water that will make your day...**

**Read the Prayer... Drink the Water... Believe in God ! Believe in Yourself !**

**The Lord's Prayer**
Our Father, Who art in heaven, Hallowed be Thy Name. Thy Kingdom come. Thy Will be done, on earth as it is in Heaven. Give us his day our daily bread. And forgive us our trespasses, as we forgive those who trespass against And lead us not into temptation, but deliver us from evil.
Amen.
(LUKE 11:2, MATTHEW 6:9-13)

**El Padre Nuestro**
Padre nuestro, que estás en el cielo, santificado sea tu Nombre; venga a nosotros tu reino; hágase tu voluntad en la tierra como en el cielo. Danos hoy nuestro pan de cada día; perdona nuestras ofensas, como también nosotros perdonamos a los que nos ofenden; no nos dejes caer en la tentación, y líbranos de todo mal.
Amén.
(LUKE 11:2, MATTHEW 6:9-13)

**Do You Believe?** *bring up your spirit, drink spiritual water!*

We all need to believe in God, and we all need to believe in ourselves in order to accomplish positive thinking, which leads to positive result. It is up to us to make our day go either good or bad and we bring our luck to ourselves, so why not pray, drink purified water more often to stay healthier and more fit, and have God with us throughout the day? You can have it all with Spiritual Water.

For every Spiritual Water bottle sold, Spiritual Brands donate ten cents ($0.10) to The Spiritual Foundation, a foundation for children in need.

16.9 oz. / 500 mL (.5 Liter)



**spiritual**water

PRAY • DRINK • SHARE

● Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## FOCUS WATER

## NOW IS THE PERFECT TIME TO MAKE A CHANGE!

Do you need to focus on something? Do you want
more focus in life? Grab a cold Focus Spiritual Water
bottle, read the prayer, believe in God, believe in
yourself and the sky's the limit...



**FOCUS PURIFIED DRINKING WATER**
**crisp, fresh drinking water that will make your day...**

**Read the Prayer... Drink the Water... Believe in God ! Believe in Yourself !**

**Hail Mary**
Hail Mary, full of grace. The Lord is with thee. Blessed art thou
amongst women, And blessed is the fruit of thy womb, Jesus.
Holy Mary, Mother of God, Pray for us sinners,
Now and at the hour of our death.
Amen.
(LUKE 1:26-38)

**El Ave María**
Dios te salve María, llena eres de gracias; el Señor es contigo;
bendita tú eres entre todas las mujeres, y bendito es el fruto
de tu vientre, Jesús. Santa María, Madre de Dios, ruega por
nosotros pecadores, ahora y en la hora de nuestra muerte.
Amén.
(LUKE 1:26-38)

**Do You Believe?** *bring up your spirit, drink spiritual water!*

We all need to believe in God, and we all need to believe in ourselves in order to
accomplish positive thinking, which leads to positive result. It is up to us to make our day
go either good or bad and we bring our luck to ourselves, so why not pray, drink purified
water more often to stay healthier and more fit, and have God with us throughout the
day? You can have it all with Spiritual Water.

For every Spiritual Water bottle sold, Spiritual Brands donate ten cents ($0.10) to The
Spiritual Foundation, a foundation for children in need.

16.9 oz. / 500 mL (.5 Liter)



**spiritual**water 🌀
PRAY • DRINK • SHARE

🔴 Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## DEFENSE WATER

## NOW IS THE PERFECT TIME TO MAKE A CHANGE!

Do you need more defense? Do you need more protection? Grab a cold defense Spiritual Water bottle, read the prayer, believe in God, believe in yourself and the sky's the limit...

**DEFENSE PURIFIED DRINKING WATER**
**crisp, fresh drinking water that will make your day...**

**Read the Prayer... Drink the Water... Believe in God ! Believe in Yourself !**

**Glory Be**
Glory be to the Father, and to the Son, and to the Holy Spirit.
As it was in the beginning, is now, and ever shall be, world without end.
Amen.
(ROMANS 11:33-36)

**El Gloria Al Padre**
Gloria al Padre y al Hijo y al Espíritu Santo.
Como era en el principio, ahora y siempre, y por los
siglos de los siglos.
Amén.
(ROMANS 11:33-36)

**Do You Believe?** *bring up your spirit, drink spiritual water!*

We all need to believe in God, and we all need to believe in ourselves in order to accomplish positive thinking, which leads to positive result. It is up to us to make our day go either good or bad and we bring our luck to ourselves, so why not pray, drink purified water more often to stay healthier and more fit, and have God with us throughout the day? You can have it all with Spiritual Water.

For every Spiritual Water bottle sold, Spiritual Brands donate ten cents ($0.10) to The Spiritual Foundation, a foundation for children in need.

16.9 oz. / 500 mL (.5 Liter)

Home | Satisfaction Guarantee | Privacy | Terms of Use | The Spiritual Foundation | Testimonials | FAQ | Co

products          opportunity          company          events          res



**spiritual**water
PRAY • DRINK • SHARE

● Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## CONTROL WATER

## NOW IS THE PERFECT TIME TO MAKE A CHANGE!

Do you need more control? Do Are you in charge?
Grab a cold control Spiritual Water bottle, read the
prayer, believe in God, believe in yourself and the
sky's the limit...

**CONTROL PURIFIED WATER**
**crisp, fresh drinking water that will make your day...**

**Read the Prayer... Drink the Water... Believe in God ! Believe in Yourself !**

**Saint Michael**
St. Michael the Archangel, defend us in battle. Be our defense against the wickedness
and snares of the Devil. May God rebuke him, we humbly pray, and do thou, O Prince of
the heavenly hosts, by the power of God, thrust into hell Satan, and all the evil spirits,
who prowl about the world seeking the ruin of souls.
Amen
(REVELATION 12:7)

**Oración a San Miguel**
San Miguel Arcángel, Defiéndenos en la batalla; Sé nuestra protección contra la maldad y
los engaños del diablo. Que Dios lo reprenda, es nuestra humilde oración. Y puedas, O
príncipe de los Seres Celestiales, por el poder de Dios, echar a Satanás al infierno, así
como a todos los demás espíritus que vagan por el mundo buscando la ruina de las
almas.
Amén.
(REVELATION 12:7)

**Do You Believe?** *bring up your spirit, drink spiritual water!*

For every bottle sold, Spiritual Brands donate $0.10 cent to The Spiritual Foundation or
the charity of your choice!

16.9 oz. / 500 mL (.5 Liter)

Home | Satisfaction Guarantee | Privacy | Terms of Use | The Spiritual Foundation | Testimonials | FAQ | Co

| **products** | **opportunity** | **company** | **events** | **res** |
|---|---|---|---|---|
| Overview | Overview | Overview | Corporate Events | Polic |



**spiritual**water
PRAY • DRINK • SHARE



‖ Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## ENERGY WATER

## NOW IS THE PERFECT TIME TO MAKE A CHANGE!

Do you need more energy? What is your energy level?
Grab a cold energy Spiritual Water bottle, read the
prayer, believe in God, believe in yourself and the
sky's the limit...

**ENERGY PURIFIED WATER**
**crisp, fresh drinking water that will make your day...**

**Read the Prayer... Drink the Water... Believe in God ! Believe in Yourself !**

### The Lord Is My Shephard

The Lord is my shepherd; I shall not want. He maketh me to lie down in green pastures:
he leadeth me beside the still waters. He restoreth my soul: he leadeth me in the paths
of righteousness for his name's sake. Yea, though I walk through the valley of the
shadow of death, I will fear no evil: for thou art with me; thy rod and thy staff they
comfort me. Thou preparest a table before me in the presence of mine enemies: thou
anointest my head with oil; my cup runneth over. Surely goodness and mercy shall follow
me all
the days of my life, and I will dwell in the house of the Lord for ever.
Amen
(Psalm 23:1)

### El Señor Es Mi Pastor

El Señor es mi pastor, nada me faltará. En lugares de verdes pastos me hace descansar;
junto a aguas de reposo me conduce. Me guía por senderos de justicia por amor de su
nombre. Aunque pase por el valle de sombra de muerte, no temeré mal alguno, porque
tú estás conmigo; tu vara y tu cayado me infunden aliento. Tú preparas mesa delante
de mí en presencia de mis enemigos; has ungido mi cabeza con aceite; mi copa está
rebosando. Ciertamente el bien y la misericordia me seguirán todos los días de mi vida, y
en la casa
del SEÑOR moraré por largos días.
Amén.
(Psalm 23:1)

### Do You Believe? *bring up your spirit, drink spiritual water!*

For every bottle sold, Spiritual Brands donate $0.10 cent to The Spiritual Foundation or
the charity of your choice!

16.9 oz. / 500 mL (.5 Liter)


**spiritual**water
PRAY • DRINK • SHARE

✦ Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## FORMULA J' WATER

## NOW IS THE PERFECT TIME TO MAKE A CHANGE!

Do you need Jesus in your life? Do you want to have Jesus with you thru the day? Grab a cold Formula J' Spiritual Water bottle, read the prayer, believe in God, believe in yourself and the sky's the limit...



**FORMULA J' PURIFIED DRINKING WATER**
crisp, fresh drinking water that will make your day...

**Read the Prayer... Drink the Water... Believe in God ! Believe in Yourself !**

**Oh My Jesus**
O my Jesus, forgive us of our sins. Save us from the fires of hell.
Lead all souls into heaven, especially those in most need of thy mercy.
Amen.
(FATIMA PRAYER)

**O mi Buen Jesús**
O mi Buen Jesús Perdona nuestros pecados libranos del fuego
del infierno y lleva todas nuestras as almas al cielolas almas al
cielo en especial los más nececitado de tu Gloria
Amén.
(FATIMA PRAYER)

**Do You Believe?** *bring up your spirit, drink spiritual water!*

We all need to believe in God, and we all need to believe in ourselves in order to accomplish positive thinking, which leads to positive result. It is up to us to make our day go either good or bad and we bring our luck to ourselves, so why not pray, drink purified water more often to stay healthier and more fit, and have God with us throughout the day? You can have it all with Spiritual Water.

For every Spiritual Water bottle sold, Spiritual Brands donate ten cents ($0.10) to The Spiritual Foundation, a foundation for children in need.

16.9 oz. / 500 mL (.5 Liter)

**products**      **opportunity**      **company**      **events**      **res**

**spiritual**water
PRAY • DRINK • SHARE

♦ Live S

PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON

## ESSENTIAL WATER

## NOW IS THE PERFECT TIME TO MAKE A CHANGE!

Do you believe in Angels? Do you have an angel watching over you? Grab a cold essential Spiritual Water bottle, read the prayer, believe in God, believe in yourself and the sky's the limit...

**ESSENTIAL PURIFIED WATER**
**crisp, fresh drinking water that will make your day...**

**Read the Prayer... Drink the Water... Believe in God ! Believe in Yourself !**

**Guardian Angel**
Angel of God, my guardian dear, To whom God's love commits me here, Ever this day, be at my side, To light and guard, Rule and guide.
Amen.
(REVELATION 22)

**Angel De la Guarda**
Angel de la Guarda Dulce compañía no me desampares ni de noche ni de día hasta que esta en los bragos de Jesús Jose y María.
Amén.
(REVELATION 22)

**Do You Believe?** *bring up your spirit, drink spiritual water!*

For every bottle sold, Spiritual Brands donate $0.10 cent to The Spiritual Foundation or the charity of your choice!

16.9 oz. / 500 mL (.5 Liter)

Home | Satisfaction Guarantee | Privacy | Terms of Use | The Spiritual Foundation | Testimonials | FAQ | Co

| products | opportunity | company | events | res |
|---|---|---|---|---|
| Overview | Overview | Overview | Corporate Events | Polic |
| Balance Water | Compensation Plan | Mission Statement | Conference Calls | Dow |
| Focus Water | Success Stories | Executive Team | | Educ |
| Defense Water | Rewards & Recognition | Foundation | | Vide |
| Control Water | Direct Selling Industry | Career | | |
| Energy Water | How Do I Get Started? | In the News | | |



**spiritual**water
PRAY • DRINK • SHARE

⬢ Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## POWER WATER

## NOW IS THE PERFECT TIME TO MAKE A CHANGE!

Do you need more power? Do you feel the power?
Grab a cold power Spiritual Water bottle, read the
prayer, believe in God, believe in yourself and the
sky's the limit...



**POWER PURIFIED WATER**
**crisp, fresh drinking water that will make your day...**

**Read the Prayer... Drink the Water... Believe in God ! Believe in Yourself !**

**Apostles Creed**
I believe in God, the Father almighty creator of heaven and earth and in Jesus Christ, His
only Son, our Lord, who was conceived by the Holy Spirit, born of the Virgin Mary,
suffered under Pontius Pilate, was crucified, died, and was buried. He descended into
hell.
On the third day he rose again from the dead. He ascended into heaven and is seated at
the right hand of God, the Father almighty. He will come again in glory to judge the living
and the dead. I believe in the Holy Spirit, the Holy Catholic Church, the communion of
saints, the forgiveness of sins, the resurrection of the body, and the life everlasting.
Amen.
(CATHOLIC CHURCH)

**El Credo De Los Apóstoles**
Creo en Dios, Padre todopoderoso, Creador del cielo y de la tierra. Creo en Jesucristo, su
único Hijo, nuestro Señor, que fue oncebido por obra y garcia del Espíritu Santo, nació de
Santa María Virgen, padeció bajo el poder de Poncio Pilato, fue crucificado, muerto y
sepultado, descendió a los infiernos, al tercer Día resucitó de entre los muertos, subió a
los cielos y está sentado a la derecha de Dios, Padre todopoderoso. Desde allí ha de venir
a juzgar a vivos y muertos. Creo en el Espíritu Santo, la santa Iglesia católica, la
Comunión de los santos, el perdón de los pecados, la resurrección de la carne, y vida
eternal.
Amén.
(CATHOLIC CHURCH)

**Do You Believe?** *bring up your spirit, drink spiritual water!*

For every bottle sold, Spiritual Brands donate $0.10 cent to The Spiritual Foundation or
the charity of your choice!

16.9 oz. / 500 mL (.5 Liter)



**spiritual**water
PRAY • DRINK • SHARE

⬤ Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## REFRESH WATER

## NOW IS THE PERFECT TIME TO MAKE A CHANGE!

Do you need to refresh your feeling? Do you need to refresh your fate? Grab a cold refresh Spiritual Water bottle, read the prayer, believe in God, believe in yourself and the sky's the limit...

**REFRESH PURIFIED WATER**
**crisp, fresh drinking water that will make your day...**

**Read the Prayer... Drink the Water... Believe in God ! Believe in Yourself !**

**Final Prayer**
Let us pray. O God, whose only begotten Son, by His life, death, and resurrection, has purchased for us the rewards of eternal life,
grant, we beseech Thee, that meditating upon these mysteries of the Most Holy Rosary of the Blessed Virgin Mary, we may
imitate what they contain and obtain what they promise, through the same Christ Our Lord.
Amen.
(JOHN 15:4-27)

**Oracion Final**
Señor, danos el placer de salud continua en cuerpo y mente. Por las súplicas de la Santísima Virgen, guíanos por las tristezas de esta vida a la algería eterna en la vida que viene. Por Jesucristo, nuestro Señor
Amén.
(JOHN 15:4-27)

**Do You Believe?** *bring up your spirit, drink spiritual water!*

For every bottle sold, Spiritual Brands donate $0.10 cent to The Spiritual Foundation or the charity of your choice!

16.9 oz. / 500 mL (.5 Liter)

Home  |  Satisfaction Guarantee  |  Privacy  |  Terms of Use  |  The Spiritual Foundation  |  Testimonials  |  FAQ  |  Co

| products | opportunity | company | events | res |
|---|---|---|---|---|
| Overview | Overview | Overview | Corporate Events | Polic |



**spiritual**water 🅦
PRAY • DRINK • SHARE

🌐 Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## STRENGTH WATER

## NOW IS THE PERFECT TIME TO MAKE A CHANGE!

Do you need to extra strength? Are you running out of strength? Grab a cold strength Spiritual Water bottle, read the prayer, believe in God, believe in yourself and the sky's the limit...

**STRENGTH PURIFIED WATER**
**crisp, fresh drinking water that will make your day...**

**Read the Prayer... Drink the Water... Believe in God ! Believe in Yourself !**

**The Serenity Prayer**
Lord, grant me the serenity to accept the things I cannot change, The courage to change the things that I can And the wisdom to know
the difference.
Amen.
(PROVERBS 3:6)

**Serenidad**
El dios me concede la serenidad para aceptar las cosas que no puedocambiar; valor de cambiar las cosas puedo; y sabiduríapara saber la diferencia.
Amén.
(PROVERBS 3:6)

**Do You Believe?** *bring up your spirit, drink spiritual water!*

For every bottle sold, Spiritual Brands donate $0.10 cent to The Spiritual Foundation or the charity of your choice!

16.9 oz. / 500 mL (.5 Liter)

Home | Satisfaction Guarantee | Privacy | Terms of Use | The Spiritual Foundation | Testimonials | FAQ | Co

| products | opportunity | company | events | res |
|---|---|---|---|---|
| Overview | Overview | Overview | Corporate Events | Polic |
| Balance Water | Compensation Plan | Mission Statement | Conference Calls | Dow |
| Focus Water | Success Stories | Executive Team | | Educ |
| Defense Water | Rewards & Recognition | Foundation | | Vide |
| Control Water | Direct Selling Industry | Career | | |



**spiritual**water 🐦
PRAY ● DRINK ● SHARE

🔹 Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## FREEDOM WATER

## NOW IS THE PERFECT TIME TO MAKE A CHANGE!

Do you have freedom? Do you need more freedom? Grab a cold freedom Spiritual Water bottle, read the prayer, believe in God, believe in yourself and the sky's the limit...



**FREEDOM PURIFIED DRINKING WATER**
**crisp, fresh drinking water that will make your day...**

**Read the Prayer... Drink the Water... Believe in God ! Believe in Yourself !**

**Make Me an Instrument of Your Peace**
Lord, make me an instrument of your peace. Where there is hatred, let me sow love, Where there is injury, pardon. Where there is doubt, faith, Where there is despair, hope, Where there is darkness, light, Where there is sadness, joy. O Divine Master, grant that I may not so much seek to be consoled as to console, not so much to be understood as to understand, not so much to be loved, as to love; for it is in giving that we receive, it is in pardoning that we are pardoned, it is in dying that we awake to eternal life.
Amen.
(St. Francis of Assisi)

**Hazme un instrumento de tu paz**
Señor, hazme un instrumento de tu paz. Donde hay odio, quiero sembrar amor, Cuando se haya producido la lesión, el indulto En caso de duda, la fe, Donde hay desesperación, esperanza, Donde hay tinieblas, la luz, Donde hay tristeza, alegría. O Divino Maestro, haz que me permite no tanto Tratar de ser consolado como consolar, No tanto para ser entendido como entender, No tanto para ser amado, como amar; Porque es en dar que recibimos, Es en perdonar que somos perdonados, Es en morir que despierta a la vida eterna.
Amén.
(San Francisco de Asís)

**Do You Believe?** *bring up your spirit, drink spiritual water!*

We all need to believe in God, and we all need to believe in ourselves in order to accomplish positive thinking, which leads to positive result. It is up to us to make our day go either good or bad and we bring our luck to ourselves, so why not pray, drink purified water more often to stay healthier and more fit, and have God with us throughout the day? You can have it all with Spiritual Water.

# Exhibit E



**spiritual**water 
PRAY ● DRINK ● SHARE

● Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## IN THE NEWS

Keep up with Spiritual Water News, Blogs, Videos and Press Release:



**Bless This Bottled Water**
Forget Evian or Vitaminwater. The latest beverage trend: 'Holy Water.'
*2007 Newsweek, Inc. - Dec 17, 2007 Issue*

**Revolutionary "Spiritual Bottled Water" Delivers Health and Prosperity through Prayers and Purified Water that Quenches Material and Spiritual Thirst**
New Bottled Water Company Launches "Spiritual Water" Product for Believers, and Supports Health, Happiness, and Children's Charity.
*PR.com (press release), Miami - Oct 23, 2007*

**"Spiritual Water" Makes a Big Splash at International Food and Beverage Show Debut**
New product attracts not only investors and distributors but also newspapers and television stations.
*Emediawire (press release), WA - Nov 27, 2007*

**Purification That Comes in a Bottle: Water Takes on New Responsibilities**
Another product, Spiritual Water, demands a more participatory (and devotional) role from its consumers. On Dec. 3, the company, based in Davie, Fla., will start to sell a line of Christian-themed waters inscribed with prayers and religious illustrations.
*The New York Times Company (Page 2), November 28, 2007*

**New drinks review: pure water reaches new spiritual heights**
The Spiritual Water brand claims to help purify the mind as well as the body, containing Biblical text and images to inspire the drinker.
*Drinks-business-review.com, 16th November 2007*

**For Those Who Thirst for Jesus**
Spiritual Brands, Inc., of Davie, Florida, is promoting their new product, Spiritual Water. It comes in ten different versions, "...each with its own uniquely paired message and image.
*Adult Christianity NEWS, Nov 06, 07*

**Bottled Water--With a Purpose**
To compete in the $15 billion bottled water industry, your brand has to find a way to stand out. That is why bottled water companies like...
*Entrepreneur.com Nov 30, 2007*

# Exhibit F



**spiritual**water 🌐
PRAY ● DRINK ● SHARE

● Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## COMPANY OVERVIEW

Spiritual Water is sold in the United States, and we are in the process of expanding worldwide and build a global spiritual brand.

Introduced in 2007, Spiritual Water got more attention and recognition, than a celebrity gets from the paparazzi.

Spiritual Water was born as purified bottled water with spirituality, positive thinking, prayers, and belief in God. You choose which bottle fits your needs and your feelings, read the prayer, drink the water, believe in God – Believe in yourself – and the sky's the limit…

**Click to watch Discovering Spiritual Water (english)**



**spiritual**water ◖

Home | Satisfaction Guarantee | Privacy | Terms of Use | The Spiritual Foundation | Testimonials | FAQ | Co

| **products** | **opportunity** | **company** | **events** | **res** |
|---|---|---|---|---|
| Overview | Overview | Overview | Corporate Events | Polic |
| Balance Water | Compensation Plan | Mission Statement | Conference Calls | Dow |
| Focus Water | Success Stories | Executive Team | | Educ |
| Defense Water | Rewards & Recognition | Foundation | | Vide |
| Control Water | Direct Selling Industry | Career | | |
| Energy Water | How Do I Get Started? | In the News | | |
| Formula J' Water | | | | |
| Essential Water | | | | |
| Power Water | | | | |
| Refresh Water | | | | |
| Strength Water | | | | |
| Freedom Water | | | | |

Copyright © 2008 spiritualH2O.com and Spiritual Water are division of Spiritual Brands, Inc. All rights reserve

Exhibit G

| Item | Price | | QTY | | | |
|---|---|---|---|---|---|---|
| FORMULA J' & BALANCE WATER | $ | 1,69 | 3 | $ | 5,07 | Amanda Matias | 3 Ashland Avenue |
| FORMULA J' WATER | $ | 1,69 | 1 | $ | 1,69 | Beth Kelly | 1005 York St |
| FORMULA J' WATER | $ | 1,69 | 10 | $ | 16,90 | Allison Weisel | 676 E. Maine Rd |
| SPIRITUAL WATER 6-Mix Pack | $ | 9,99 | 2 | $ | 19,98 | Patricia Reese | 354 Olive Street |
| SPIRITUAL WATER 6-Mix Pack | $ | 9,99 | 1 | $ | 9,99 | Elizabeth Tucker | 118 Rosebud Ave. |
| SPIRITUAL WATER 6-Mix Pack | $ | 9,99 | 1 | $ | 9,99 | Sherin Varghese | 75 E. Market St |
| SPIRITUAL WATER 6-Mix Pack | $ | 9,99 | 1 | $ | 9,99 | ANDREA DESANTIS | 29 CORLEY STREET |
| SPIRITUAL WATER 6-Mix Pack | $ | 9,99 | 1 | $ | 9,99 | Sarah Conner | 251 County Rd 9 |
| SPIRITUAL WATER 6-Mix Pack | $ | 9,99 | 1 | $ | 9,99 | Brenda Momente | 105 Sullivan St |
| SPIRITUAL WATER 6-Mix Pack | $ | 9,99 | 1 | $ | 9,99 | Rebecca Au | 786 Thomas Fox Dr W |
| SPIRITUAL WATER 6-Mix Pack | $ | 9,99 | 1 | $ | 9,99 | Elizabeth Anderson | 127 Berkeley pl. |
| SPIRITUAL WATER 6-Mix Pack | $ | 9,99 | 2 | $ | 19,98 | Marissa Festante | 82 Sycamore Ave. |
| SPIRITUAL WATER 6-Mix Pack | $ | 9,99 | 2 | $ | 19,98 | liz minutoli | 187 groton place |
| STRENGTH & FORMULA J' WATER | $ | 2,50 | 2 | $ | 5,00 | Linda Duff | 105 Hunter LN |
| | | | | $ | 158,53 | | |

CONFIDENTIAL

| | | | ship to | | |
|---|---|---|---|---|---|
| Elmira Heights | 14903 | New York | | | |
| Honeoye Falls | 14472 | New York | | | |
| Johnson City | 13790 | New York | | | |
| Painted Post | 14870 | New York | | | |
| Merrick | 11566 | New York | | | |
| Red Hook | 12571 | New York | | | |
| YONKERS | 10701 | New York | | | |
| Chenango Forks | 13746 | New York | 868 Beacon St Apt 10 | Boston | 2215 Massachusetts |
| Manhattan | 10012 | New York | | | |
| North Tonawanda | 14120 | New York | | | |
| Brookyln | 11217 | New York | | | |
| Bethpage | 11714 | New York | | | |
| west hempstead | 11552 | New York | | | |
| East Syracuse | 13057 | New York | | | |

CONFIDENTIAL

# Exhibit H



**spiritual**water 🌐
PRAY • DRINK • SHARE

✦ Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## DIRECT SELLING INDUSTRY



### What Is Direct Selling?
Very simply, direct selling (as some of us know it as Network Marketing) is a way to sell products or services directly to customers, away from a retail location. A direct sales business allows you to connect with customers one-on-one, in groups, through online sales, catalog sales or by phone. People in the direct selling industry are often known as independent consultants, distributors or representatives.

A direct selling opportunity is a viable option for people of all ages, genders and income levels. It is an especially good opportunity for men and women who want more flexibility and control over their lives, and who have an entrepreneurial spirit, like working with people, desire a less structured working environment, are looking to supplement their income without making a large investment or want an opportunity to earn an unlimited income.

#### DSA
The Direct Selling Association (DSA) is a highly regarded U.S. national trade association of firms that manufacture and distribute goods and services sold directly to consumers through an independent sales force.

#### The Code of Ethics
The Code of Ethics is the cornerstone of the DSA's commitment to ethical business practices and consumer services. It ensures that statements made by member companies are honest and forthright.

The DSA Internet Council's Guidelines for Internet Use was created as a complement to the DSA Code. The Guidelines are voluntary and encourage proper, responsible and professional use of all electronic communication for commercial purposes. At Spiritual Water, we are committed in conducting business with the utmost integrity. We encourage Spiritual Brands, Inc. employees, independent distributors and customers to become familiar with, and be proud of Spiritual Water, its Codes and voluntary Guidelines for Internet Use. If you have questions or concerns regarding your experience with Spiritual Water or an independent distributor, we encourage you to contact us at 1-800-736-9070 or e-mail us at support@spiritualH2O.com.

#### Direct Selling Association (DSA) -- Facts and Figures:
Worldwide, annual sales from the direct selling industry currently exceed $100 billion.
Over 50 million peoples are involved in the direct selling industry.

**A direct selling business is:**

A business opportunity based on the sales of a product or service direct to a consumer.

An exciting opportunity to own your own business with a small start up investment.

An excellent opportunity for women. About 75 percent of those working in direct sales are women.

A growing industry: More than $100 billion worth of goods and services are sold annually through direct sales.

A way to achieve balance in your life. You can set your own hours, become your own boss and earn according to your own ambition and efforts.

Home | Satisfaction Guarantee | Privacy | Terms of Use | The Spiritual Foundation | Testimonials | FAQ | Co

| products | opportunity | company | events | res |
|---|---|---|---|---|
| Overview | Overview | Overview | Corporate Events | Polic |
| Balance Water | Compensation Plan | Mission Statement | Conference Calls | Dow |
| Focus Water | Success Stories | Executive Team | | Educ |
| Defense Water | Rewards & Recognition | Foundation | | Vide |
| Control Water | Direct Selling Industry | Career | | |
| Energy Water | How Do I Get Started? | In the News | | |
| Formula J' Water | | | | |
| Essential Water | | | | |
| Power Water | | | | |
| Refresh Water | | | | |
| Strength Water | | | | |
| Freedom Water | | | | |

**Copyright © 2008 spiritualH2O.com and Spiritual Water are division of Spiritual Brands, Inc. All rights reserve**

# Exhibit I



**PRAY • DRINK • SHARE**

● Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## HOW DO I GET STARTED

Take these simple steps to start:

Contact your Spiritual Water Independent Distributor to learn more about the Spiritual Water income opportunity.

Sign your Independent Distributor Agreement and purchase the Starter Kit to help you begin selling products right away and access your own Spiritual Water replicate website, top of the line back office to manage your organization and watch your team growth, brochures, DVDs and training materials for motivation and success...



be successful

Home  |  Satisfaction Guarantee  |  Privacy  |  Terms of Use  |  The Spiritual Foundation  |  Testimonials  |  FAQ  |  Co

| products | opportunity | company | events | res |
|----------|-------------|---------|--------|-----|
| Overview | Overview | Overview | Corporate Events | Polic |
| Balance Water | Compensation Plan | Mission Statement | Conference Calls | Dow |
| Focus Water | Success Stories | Executive Team | | Educ |
| Defense Water | Rewards & Recognition | Foundation | | Vide |
| Control Water | Direct Selling Industry | Career | | |
| Energy Water | How Do I Get Started? | In the News | | |
| Formula J' Water | | | | |
| Essential Water | | | | |
| Power Water | | | | |
| Refresh Water | | | | |
| Strength Water | | | | |
| Freedom Water | | | | |

Copyright © 2008 spiritualH2O.com and Spiritual Water are division of Spiritual Brands, Inc. All rights reserve



**spiritual**water ⊕
PRAY • DRINK • SHARE

⊛ Live S

| PRODUCTS | OPPORTUNITY | COMPANY | EVENTS | RESOURCE | TOOLS | VIRTUAL OFFICE | ENROLL | CON |

## COMPENSATION PLAN

Spiritual Water offers the most innovative compensation plan in the direct selling industry. With 8 extraordinary ways to earn income and bonuses, your financial freedom is on it's way!!!

**1. Direct Sales - Retail** (click to watch the video)

**2. Reaching Out Spiritual Plan - Team Commission** (click to watch the video)

**3. Spiritual Team Maker Bonus** (click to watch the video)

**4. Spiritual Rank Maker Bonus** (click to watch the video)

**5. Spiritual Car Allowance** (click to watch the video)

**6. Multiple Spiritual Business Centers** (click to watch the video)

**7. Spiritual Leadership Bonus Pool** (click to watch the video)

**8. Spiritual Check Match - Infinity Bonus** (click to watch the video)

By sharing the benefits of Spiritual Water independent income opportunity with others, you will be rewarded based on your sale and the sales of those who are in your organization that you have created (your downline).

**Click here to download the Spiritual Water compensation plan brouchure (PDF)**



The Spiritual
Compensatio

**Effective January 1,**

**spiritual**wa

**Click here to download the S**
**compensation plan brouch**

Home | Satisfaction Guarantee | Privacy | Terms of Use | The Spiritual Foundation | Testimonials | FAQ | Co

| **products** | **opportunity** | **company** | **events** | **res** |
|---|---|---|---|---|
| Overview | Overview | Overview | Corporate Events | Polic |
| Balance Water | Compensation Plan | Mission Statement | Conference Calls | Dow |
| Focus Water | Success Stories | Executive Team | | Educ |
| Defense Water | Rewards & Recognition | Foundation | | Vide |
| Control Water | Direct Selling Industry | Career | | |
| Energy Water | How Do I Get Started? | In the News | | |
| Formula J' Water | | | | |
| Essential Water | | | | |
| Power Water | | | | |
| Refresh Water | | | | |

# Exhibit J

David H. Bernstein (DB 9564)                    ELECTRONICALLY FILED
S. Zev Parnass (SP 3284)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6696 (telephone)
(212) 521-7696 (facsimile)

*Attorneys for Plaintiff Energy Brands Inc. d/b/a Glacéau*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ENERGY BRANDS INC. d/b/a GLACÉAU,              :
                                               :
                        Plaintiff,             :
                                               :    07 Civ. 10644 (LTS)
           v.                                  :
                                               :    **COMPLAINT AND DEMAND**
SPIRITUAL BRANDS, INC. and ELICKO             :    **FOR JURY TRIAL**
TAIEB,                                         :
                                               :
                        Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Energy Brands Inc. d/b/a Glacéau ("Glacéau"), by its attorneys, Debevoise &

Plimpton LLP, for its complaint, alleges as follows:

### NATURE OF THE ACTION

1.      This is an action for trade dress infringement, false designation of origin,

trade dress dilution, deceptive acts and practices, and unfair competition arising out of the

recent launch of a new purified bottled water product, **spiritual**water, by Spiritual

Brands, Inc. ("Spiritual Brands") and its principal Elicko Taieb ("Taieb" or "Mr. Taieb")

(collectively, "Defendants").

2.      Within the last several weeks, Defendants have embarked on an unlawful

campaign to lure consumers into purchasing **spiritual**water in the mistaken belief that it

comes from, is sponsored or licensed by, or is associated or affiliated with, the

**smart**water brand, Glacéau's well-known electrolyte-enhanced water product. The lynchpin of Defendants' campaign is the packaging of the **spiritual**water product, which mimics several key elements of the well-known and distinctive **smart**water trade dress.

3.    As shown in the below pictures, the trade dress for **spiritual**water mimics so many key elements of the unique, distinctive **smart**water trade dress that it cannot be the result of sheer coincidence.



The similarities include: (i) a similarly-shaped, tall, narrow, cylindrical clear plastic bottle; (ii) a similar vertical presentation of the brand name; (iii) the brand name written in lower case letters with the first word in bold letters and the word "water" in non-emphasized letters; and (iv) a clear/white (light) cap.

4.    Furthermore, four of the five names Defendants selected for **spiritual**water's different SKUs -- "Balance," "Defense," "Focus" and "Formula J'" -- are virtually identical to some of Glacéau's most popular flavors of **vitamin**water

(Glacéau's other principal product):  "Balance," "Defense," "Focus" and "Formula 50."

Defendants also have announced that additional flavors, such as "Power," "Essential,"

"Energy" and "Refresh," will be sold beginning on December 3, 2007.  These SKUs, too,

are virtually identical to some of Glacéau's most popular flavors of **vitamin**water:

"Power-C," "Essential," "Energy" and "Revive."

     5.     Although the religious imagery on some **spiritual**water bottles

shown on Defendants' website, www.spiritualh2o.com (see the adjacent

image), is different from the cloud imagery on **smart**water bottles, consumers

seeing the line of **spiritual**water products will, because of the similar trade

dress and product names, mistakenly believe that it comes from, is sponsored

or licensed by, or is associated or affiliated with, Glacéau, the producer of

**smart**water.  That confusion is exacerbated by the advertising for

**spiritual**water on Defendants' website, business card and promotional

calendar, which feature the **spiritual**water name on the bottle without any imagery, as

shown below (juxtaposed next to a bottle of **smart**water) and in the attached Exhibits A-

C.

3




6.     Defendants' unlawful conduct is causing and will continue to cause serious and irreparable harm to Glacéau.  This conduct, if not enjoined, will eviscerate the goodwill Glacéau has spent more than ten years carefully cultivating for its **smart**water brand.

## THE PARTIES

7.     Glacéau is a corporation organized and existing under the laws of the State of New York with its principal place of business located at 17-20 Whitestone Expressway, Whitestone, New York 11357.

8.     Upon information and belief, Defendant Spiritual Brands is a corporation organized and existing under the laws of the State of Florida with its principal place of business located at 4301 South Flamingo Road #103-204, Davie, Florida 33330.

9.     Upon information and belief, Defendant Taieb is a Florida domiciliary residing at 13191 NW 11th Court, Sunrise, Florida 33323.

4

## JURISDICTION AND VENUE

10.    This Court has original jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332 and 1338 and has supplemental jurisdiction pursuant to 28 U.S.C. § 1367. The amount in controversy is in excess of $75,000, exclusive of interest and costs.

11.    This Court has personal jurisdiction over Defendants pursuant to N.Y. Civ. Prac. L. & R. §§ 301 & 302(a). Upon information and belief, Defendants regularly have solicited business in the State of New York and in this District via the Internet, have transacted and done business in the State of New York and in this District, have wrongfully caused injury to Glacéau in the State of New York and in this District, such injury being reasonably foreseeable, and derive substantial revenue from interstate commerce.

12.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to this action occurred in this District. Venue over Defendant Spiritual Brands also is proper in this District pursuant to 28 U.S.C. § 1391(c) because it is deemed to reside in this District.

## SMARTWATER AND ITS TRADE DRESS

13.    Glacéau pioneered the enhanced water category when it launched the **smart**water brand in 1996, a high-quality, vapor-distilled bottled water enhanced with electrolytes, with a unique and distinctive packaging that would make it distinguishable from the sea of typical bottled waters.

14.    In just over ten years, the **smart**water brand has achieved critical renown, including in the industry, the press, and among consumers. It also has enjoyed a

consistently high level of commercial success. Notwithstanding the addition of other competitors in this category, the **smart**water brand remains the recognized leader in the electrolyte-enhanced bottled water category.

15.    The trade dress of **smart**water is one of the most important ways in which consumers identify the brand on the shelf or in the hands of celebrities and other consumers, and it thus is among Glacéau's most valuable intellectual property rights. To create a distinctive look for the product, Glacéau enlisted the assistance of a designer named Douglas Lloyd, who was well-known for work he had done with, among others, Gucci and The Gap. Together, Lloyd and Glacéau created a unique packaging for the **smart**water product. In January 2006, Glacéau slightly refreshed the trade dress to update the packaging while still maintaining the same overall visual impression and preserving all of the core brand-identifying elements.

16.    **smart**water's success has been based largely on its trade dress and the clean, bold, modern image that the trade dress conveys.

17.    The key elements of this distinctive trade dress include: (i) a bullet-shaped, tall, narrow, cylindrical clear plastic bottle; (ii) a vertical presentation of the brand name; (iii) the brand name written in lower case letters with the first word in bold letters and the word "water" in non-emphasized letters; and (iv) a clear (light) cap.

18.    The **smart**water trade dress has received unsolicited, positive attention from the popular and industry media. For example:

- The February 1, 2000 issue of *Beverage Industry* noted that the package design is "one of the biggest assets" of **smart**water products (as well as other Glacéau products).

- The November 13, 2000 issue of *BRANDWEEK* described the **smart**water packaging as "striking."

- The July 1, 2003 cover story in *Beverage Industry* magazine praised the **smart**water trade dress for its "catchy labels with minimalist colors."

- On April 18, 2006, the *Gourmet Retailer* website posted an entry which noted **smart**water's "slender silhouette" and praised its "fresh look, and arresting on-shelf presence."

19.    The **smart**water bottle label is registered on the Principal Register of the United States Patent and Trademark Office under Registration No. 2,840,063 (under GLACÉAU SMARTWATER and Design).  *See* Exhibit D.

## SMARTWATER'S ADVERTISING AND MARKETING

20.    Glacéau's "grassroots" marketing strategy for the **smart**water brand trades heavily off of the distinctive and recognizable **smart**water trade dress.

21.    As part of this grassroots marketing approach, Glacéau has invested in events marketing, including at such desirable venues as the 2006 Daytime Emmy Awards, the 2006 Sundance Film Festival, the 2005 Revlon Run Walk and the 2005 MTV Video Music Awards.  Glacéau also makes **smart**water products available at smaller, targeted events such as local road races or art gallery openings.  In addition, Glacéau invests in product placements for **smart**water in television shows such as *CSI*, *Scrubs*, *Grey's Anatomy* and *The Today Show*.

22.    **smart**water products are often sold using point of sale devices, such as individualized display cases or coolers.  All of the point of sale materials include elements designed to be evocative of the **smart**water trade dress.  In addition to point of sale materials, Glacéau has a substantial print advertising campaign which prominently features the **smart**water trade dress.  The **smart**water trade dress also appears on

Glacéau's Fleet Graphics delivery trucks, approximately 300 of which are on the road each day.

23.    All of these strategies work only if consumers later recognize **smart**water products when they go to a store to purchase them or when they describe the products to others. The nature of the trade dress supports these strategies because, even from far away, the product is recognizable from its distinctive trade dress as a **smart**water product.

24.    For example, shortly after Apple's CEO Steve Jobs delivered a keynote address while drinking **smart**water, a blogger on the Mac website *MacRumors: Forum* inquired as to what was the "pretty distinctive brand of water" that Mr. Jobs was drinking. A number of bloggers responded that it was **smart**water, which prompted discussion about the product and where they could get it. One person even responded "Its hard to imagine a more industrial design water bottle than that ... I think next time I see it ill [sic] pick it up, and tell everyone im [sic] drinking the water steve jobs uses." *See* <http://forums.macrumors.com/showthread.php?t=176903>.

25.    In 2006, Glacéau spent nearly $2.4 million advertising and promoting the **smart**water brand.

26.    In 2007, Glacéau launched a major advertising campaign for **smart**water featuring the film and television star Jennifer Aniston. This is the largest **smart**water ad campaign in Glacéau's history, costing over $13.1 million.

27.    Glacéau also recently signed New England Patriots quarterback Tom Brady to endorse the **smart**water brand in a campaign that will consist of print, outdoor, Internet and television advertisements and cost an estimated $5 million.

## SALES OF SMARTWATER

28.    **smart**water beverages have enjoyed exponential sales growth since their introduction in 1996. In 2006 alone, Glacéau's retail revenues from **smart**water beverages exceeded $75.6 million, representing the sale of nearly 56 million bottles. In 2007, Glacéau expects revenues of more than $149 million from sales of more than 111 million bottles.

## DEFENDANTS' BAD FAITH

29.    Defendants' bad faith in developing the **spiritual**water trade dress is evident both from an examination of Defendants' business practices and the trade dress used on third parties' water products.

30.    Upon information and belief, Defendant Taieb operates or is affiliated with numerous pornographic websites and businesses. One of these businesses, Movixo, Inc. d/b/a movixo.com ("Movixo"), apparently rents pirated, low-quality copies of pornographic videos. Zero Tolerance Entertainment filed a multi-million dollar lawsuit against Movixo in 2006 alleging copyright and trademark infringement.

31.    Glacéau cannot tolerate the potential tarnishment that could attach if **spiritual**water products are confused with **smart**water, and if consumers were to link these brands with Mr. Taieb's pornographic businesses. Moreover, the fact that Mr. Taieb has been involved in trademark disputes in the past suggests that he is well familiar with trademark protection and infringement, and thus that he adopted the trade dress for the **spiritual**water product, and the product names for its different SKUs, in bad faith.

32.    Defendants' conduct is all the more culpable when measured against other entries in the bottled water category. A survey of the trade dress used by these other

bottled water products shows the many, virtually limitless options available to companies that wish to enter this market:



33.     Thus, the similarity of **spiritual**water's trade dress to the **smart**water trade dress is all the more striking when viewed in light of this range of designs for other products in the category.

## LIKELIHOOD OF CONFUSION

34.     Given the striking similarity between the products' respective trade dresses, there is a high likelihood that consumers and retailers will buy the **spiritual**water product under the mistaken belief that it comes from, is sponsored or licensed by, or is associated or affiliated with, Glacéau, the makers of **smart**water.

35.     This likelihood of confusion is further exacerbated by the fact that bottled water is a relatively low-cost item (less than $2 per bottle). Accordingly, consumers are unlikely to exercise a great deal of care before making a purchase. Moreover, a recent article quoted Mr. Taieb as stating that **spiritual**water soon will be available in stores (it already is available on Defendants' website). In that regard, bottled water is often an

impulse purchase and is placed in coolers near a store's checkout counter or at the end of

aisles in grocery stores.

## IRREPARABLE HARM

36.    In developing and marketing its **spiritual**water product, Defendants have

gone beyond fair competition and have adopted a trade dress that is likely to confuse

consumers into thinking they are buying a product that comes from, is sponsored or

licensed by, or is associated or affiliated with, Glacéau, the makers of **smart**water.

37.    As a result of Defendants' conduct, Glacéau will suffer irreparable harm.

It may lose sales and revenues, as customers may mistakenly believe that **spiritual**water

is Glacéau's foray into the religious realm, and may choose to buy this "special edition"

of **smart**water in lieu of **smart**water itself.  Of even more concern is that other

consumers may be offended by the religious messages and may abandon the Glacéau

brand in its entirety.  And, even worse, if Mr. Taieb's **spiritual**water business is publicly

linked with his other business of pirating pornographic movies, the obvious hypocrisy

involved may forever taint **smart**water, causing harm from which the brand might never

recover.

## GLACÉAU'S EFFORTS TO RESOLVE THIS DISPUTE

38.    Immediately upon learning of Defendants' conduct, Glacéau's outside

counsel wrote a letter to Defendants objecting to the trade dress of its **spiritual**water

product.  A copy of this October 31, 2007 letter is attached as Exhibit E.

39.    Defendants did not responded to that letter.  Accordingly, on November 7,

2007, Glacéau's outside counsel sent another letter to Defendants, demanding a response

within five days.  *See* Exhibit F.

11

40.    In response, on November 15, counsel for Defendants sent a letter (dated November 13) stating that Defendants "may agree to undertake appropriate and necessary measures to ensure agreed compliance with [Glacéau's] request to effectuate the required changes in any promotional marketing," but refused to change the bottle's trade dress. *See* Exhibit G.  Accordingly, this action was initiated.

## COUNT I:  TRADE DRESS INFRINGEMENT AND
## FALSE DESIGNATION OF ORIGIN
## UNDER SECTION 43(a) OF THE LANHAM ACT

41.    Glacéau repeats and realleges each and every allegation in the foregoing paragraphs as if fully set forth herein.

42.    The trade dress of **smart**water is used in commerce, is non-functional, is inherently distinctive, and has acquired substantial secondary meaning in the marketplace.

43.    **spiritual**water, which is now being used in commerce, features a trade dress that is confusingly similar to the trade dress of **smart**water.  Defendants' manufacture, distribution, sale and promotion of **spiritual**water thus is likely to cause confusion and mistake and to deceive retailers and consumers as to the source, origin or sponsorship of their products.  Consumers seeing **spiritual**water in the marketplace likely will believe that it comes from, is sponsored or licensed by, or is associated or affiliated with, **smart**water.

44.    Defendants' acts of trade dress infringement and false designation of origin, unless restrained, will cause great and irreparable injury to Glacéau and to the business and goodwill represented by the **smart**water trade dress, in an amount that cannot be ascertained at this time, leaving Glacéau with no adequate remedy at law.

12

45.    Defendants' deceptive marketing and sales practices in connection with

**spiritual**water in its present packaging constitutes infringement of the **smart**water trade

dress and false designation of origin in violation of Section 43(a) of the Lanham Act, 15

U.S.C. § 1125(a).

46.    By reason of the foregoing, Glacéau is entitled to injunctive relief against

Defendants, restraining them from any further acts of trade dress infringement and false

designation of origin and, after trial, recovery of any damages (to the extent calculable)

proven to have been caused by reason of Defendants' aforesaid acts.

## COUNT II: TRADE DRESS DILUTION
## UNDER NEW YORK STATUTORY LAW

47.    Glacéau repeats and realleges each and every allegation in the

foregoing paragraphs as if fully set forth herein.

48.    The trade dress of **smart**water is used in commerce, is non-

functional, is inherently distinctive, and has acquired substantial secondary meaning in

the marketplace.

49.    Defendants' manufacture, distribution, sale and promotion of

**spiritual**water is likely to dilute and detract from the distinctiveness of the **smart**water

trade dress.

50.    Defendants' acts of trade dress dilution, unless restrained, will

cause great and irreparable injury to Glacéau and to the business and goodwill

represented by the **smart**water trade dress, in an amount that cannot be ascertained at this

time, leaving Glacéau with no adequate remedy at law.

51.     The acts of Defendants as described above constitute trade dress

dilution in violation of N.Y. Gen. Bus. Law § 360-l.

## COUNT III: DECEPTIVE ACTS AND
## PRACTICES UNDER NEW YORK STATUTORY LAW

52.     Glacéau repeats and realleges each and every allegation in the foregoing

paragraphs as if fully set forth herein.

53.     The acts of Defendants as described above constitute deceptive acts and

practices in violation of N.Y. Gen. Bus. Law §§ 349-50.

## COUNT IV: UNFAIR COMPETITION
## UNDER NEW YORK COMMON LAW

54.     Glacéau repeats and realleges each and every allegation in the foregoing

paragraphs as if fully set forth herein.

55.     The acts of Defendants as described above constitute unfair competition in

violation of Glacéau's rights under New York State common law, as preserved by N.Y.

Gen. Bus. Law § 360-o.

## PRAYER FOR RELIEF

WHEREFORE, Glacéau respectfully prays:

A.     That Defendants and all those acting in concert or participation

with them (including, but not limited to, their officers, directors, agents, servants,

wholesalers, distributors, retailers, employees, representatives, attorneys, subsidiaries,

related companies, successors, assigns and contracting parties) be temporarily,

preliminarily and then permanently enjoined and restrained from:

i.     manufacturing, distributing, shipping, advertising,

marketing, promoting, selling or otherwise offering for sale **spiritual**water

14

in its present trade dress or any other trade dress that is confusingly similar
to that of **smart**water; and

      ii.     representing, by any means whatsoever, that any products
manufactured, distributed, advertised, offered or sold by Defendants are
Glacéau's products or vice versa, and from otherwise acting in a way
likely to cause confusion, mistake or deception on the part of purchasers
or consumers as to the origin or sponsorship of such products; and

      iii.     doing any other acts or things calculated or likely to cause
confusion or mistake in the minds of the public or to lead purchasers or
consumers into the belief that Defendants' products come from Glacéau or
are somehow sponsored or licensed by, or associated or affiliated with,
Glacéau or its products; and

      iv.     otherwise unfairly competing with Glacéau.

    B.    That Defendants and those acting in concert or participation with
them (including, but not limited to, their officers, directors, agents, servants, wholesalers,
distributors, retailers, employees, representatives, attorneys, subsidiaries, related
companies, successors, assigns and contracting parties) take affirmative steps to dispel
such false impressions that heretofore have been created by the use of the **spiritual**water
trade dress, including, but not limited to, recalling from any and all channels of
distribution any and all infringing products and promotional materials.

    C.    That Defendants account to Glacéau for their profits and any
damages sustained by Glacéau, to the extent calculable, arising from the foregoing acts of

trade dress infringement, false designation of origin, trade dress dilution, deceptive acts and practices and unfair competition.

D.      That, in accordance with such accounting, Glacéau be awarded judgment for three times such profits or damages (whichever is greater), pursuant to 15 U.S.C. § 1117 and N.Y. Gen. Bus. Law § 349(h).

E.      That Glacéau be awarded its costs, including its reasonable attorneys' fees and disbursements in this action, pursuant to 15 U.S.C. § 1117 and N.Y. Gen. Bus. Law § 349(h).

F.      That Glacéau be awarded punitive damages pursuant to the law of the State of New York in view of Defendants' intentional and willful trade dress infringement and other conduct.

G.      That Defendants deliver up for destruction all infringing products in their possession or control and all means of making the same in accordance with 15 U.S.C. § 1118.

H.      That Defendants file with the Court and serve on counsel for Glacéau within thirty (30) days after entry of any injunction issued by the Court in this action, a sworn written statement pursuant to 15 U.S.C. § 1116(a) setting forth in detail the manner and form in which Defendants have complied with any injunction which the Court may enter in this action.

I.      That Glacéau have such other and further relief as the Court may deem just and proper.

## JURY TRIAL DEMAND

Glacéau demands a trial by jury on all claims as to which a jury trial may be had.

Dated: November 28, 2007
    New York, New York

DEBEVOISE & PLIMPTON LLP

By: /s/ S. Zev Parnass
    David H. Bernstein (DB 9564)
    S. Zev Parnass (SP 3284)
919 Third Avenue
New York, New York 10022
(212) 909-6696 (telephone)
(212) 521-7696 (facsimile)

*Attorneys for Plaintiff Energy Brands Inc.
d/b/a Glacéau*

17